**Official Form 1 (10/06)**

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**QT, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**36-3423515** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**500 West Algonquin Road**<br>**Mount Prospect, IL**<br>ZIP Code **60056** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2 million.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**  THIS SPACE IS FOR COURT USE ONLY
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 100,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ |

Estimated Assets

| ☐ $0 to $10,000 | ☐ $10,001 to $100,000 | ☐ $100,001 to $1 million | ■ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $1 million | ■ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Official Form 1 (10/06) FORM B1, Page 2

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s): **QT, INC.**

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
Signature of Attorney for Debtor(s)     (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (10/06)     **FORM B1**, Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**QT, INC.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

**X  /s/ L. Judson Todhunter**
Signature of Attorney for Debtor(s)

**L. Judson Todhunter 2840510**
Printed Name of Attorney for Debtor(s)

**Defrees & Fiske**
Firm Name

**200 South Michigan Avenue**
**Suite 1100**
**Chicago, IL 60604-2480**

Address

                         **Email: ljt@defrees.com**
**312-372-4000  Fax: 312-939-5617**
Telephone Number

**February 23, 2007**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Que Te Park**
Signature of Authorized Individual

**Que Te Park**
Printed Name of Authorized Individual

**CEO**
Title of Authorized Individual

**February 23, 2007**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Northern District of Illinois

In re   **QT, INC.**                                                                 Case No. _____
                                     Debtor(s)                                        Chapter    **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Que Te Park**, declare under penalty of perjury that I am the **CEO** of **QT, INC.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Que Te Park, CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Que Te Park, CEO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Q. T. Park, CEO** of this Corporation is authorized and directed to employ **L. Judson Todhunter 2840510**, attorney and the law firm of **Defrees & Fiske** to represent the corporation in such bankruptcy case."

Date   February 23, 2007                        Signed   /s/ Que Te Park
                                                         Que Te Park

Resolution of Board of Directors
of
**QT, INC.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Que Te Park, CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Que Te Park, CEO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Que Te Park, CEO** of this Corporation is authorized and directed to employ **L. Judson Todhunter 2840510**, attorney and the law firm of **Defrees & Fiske** to represent the corporation in such bankruptcy case.

Date _____February 23, 2007_____        Signed _____

Date _____February 23, 2007_____        Signed _____

257314.1

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. |
| QT, INC. | ) | Hon |
|     Debtor. | ) | |
| | ) | |

**LIST OF TWENTY LARGEST
UNSECURED CREDITORS**

4:37 PM
02/23/07

# QT, Inc.
## Open A/P list
### February 23, 2007

| Vendor | Street1 | Street2 | City | State | Zip | Country | Phone | Fax | Balance Total |
|---|---|---|---|---|---|---|---|---|---|
| Federal Trade Commission as Plaintiff, US | Attn: Theodore Hoppock | 600 Pennsylvania Ave NW NJ 32 Washington | | DC | 20580 | | | | 87,019,840.00 |
| Ungaretti & Harris | 3500 Three First National Plaza | | Chicago | IL | 60602-4283 | | 312-977-4400 | 312-977-4405 | 926,642.99 |
| BIO-RAY, S.A. | | | PALMA NOVA - CALVIA | | 07181 | Spain | | | 852,775.23 |
| Que Te Park / Q&T LLC | 510 Alexander Ct | | Barrington | IL | 60010 | | | | 832,753.56 |
| Internal Revenue Service (QT Inc QSF Fund) | | PO Box 145585 Stop B420G | Cincinatti | OH | 45250-5585 | | | | 230,432.00 |
| State of Illinois (QT Inc QSF Fund) | | PO Box 19035 | Springfield | IL | 62794-9035 | | | | 68,270.00 |
| QT, Inc. 401(k) Profit Sharing Plan and Trust | | 500 W. Algonquin Rd | Mt. Prospect | IL | 60056 | | | | 55,172.00 |
| Kenwoong Ltd | | | Seoul | | | Korea | | | 43,288.00 |
| Web & Katz, Ltd. | 120 S. RIVERSIDE PLAZA | 22ND FLOOR | CHICAGO | IL | 60606 | | 312-655-1500 | 312-655-1501 | 27,667.37 |
| STAUB Germany | Hermann Staib GmbH | Grimmigweg 27 | Pforzheim | | D-75179 | Germany | 49-7231 94150 | 49-7231 941515 | 23,279.56 |
| QUE T. PARK | 510 Alexander Ct | | Barrington | IL | 60010 | | | | 17,091.00 |
| ION RAY (V-Can) | 10 Brodie Drive | | Richmond Hill | ON | L4B 3K8 | Canada | | | 8,422.00 |
| POSITIVE PACKAGING, INC. | Attn : Todd Beidler | 1100 HICKS ROAD | ROLLING MEADOWS | IL | 60008 | | 847) 392-4405 | 847) 392-4462 | 8,408.75 |
| Mid Town Mechanical Contractor | 1683 Elmhurst Road | | Elk Grove Village | IL | 60007 | | 847-427-2600 | 847-357-0844 | 6,389.46 |
| SCREEN GRAPHICS | 3492 Paysphere Circle | | Chicago | IL | 60674 | | 630-969-3828 | 630-969-8396 | 5,212.28 |
| DynCorp Development | 11-D Commerce Way | | Totowa | NY | 07512-1154 | | | | 4,887.00 |
| Precise Econowind | 8940 North Fork Dr. | | North Forty Myers | FL | 33903 | | 259-997-3243 | | 2,795.49 |
| Peters & Associates | 1801 S. Meyers Road | | Oakbrook Terrace | IL | 60181 | | 630-832-0075 | 630-832-9636 | 2,720.00 |
| HQG Incorporated | 230 Kendall Point Drive | | Oswego | IL | 60543 | | 630-820-5550 | 630-820-5549 | 2,592.49 |
| Progressional Plating Inc. | Attn : Craig Ingalls | 2625 9th Avenue North | Anoka | MN | 55303 | | 763-427-0112 | 763-427-4009 | 2,342.40 |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. |
| QT, INC. | ) | Hon |
|     Debtor. | ) | |
| | ) | |

## LIST OF CREDITORS

257315.1

4:37 PM
02/23/07

# QT, Inc.
## Open A/P list
### February 23, 2007

| Vendor | Street1 | Street2 | City | State | Zip | Country | Phone | Fax | Balance Total |
|---|---|---|---|---|---|---|---|---|---|
| Federal Trade Commission as Plaintiff, US f Attn: Theodore Hoppock | 600 Pennsylvania Ave NW NJ 32 Washington | | | DC | 20580 | | | | 87,019,840.00 |
| Ungaretti & Harris | 3500 Three First National Plaza | | Chicago | IL | 60602-4283 | | | | 926,642.99 |
| BIO-RAY, S.A. | | | PALMA NOVA . CALVIA | | 07181 | Spain | | | 852,775.23 |
| Que-Te Park / Q&T LLC | 510 Alexander Ct | | Barrington | IL | 60010 | | 312-977-4400 | 312-977-4405 | 832,753.56 |
| Internal Revenue Service (QT Inc QSF Fund) | PO Box 145585 Stop B420G | | Cincinatti | OH | 45250-5585 | | | | 230,432.00 |
| State of Illinois (QT Inc QSF Fund) | PO Box 19035 | | Springfield | IL | 62794-9035 | | | | 68,270.00 |
| QT, Inc. 401(k) Profit Sharing Plan and Trust | 500 W. Algonquin Rd | | Mt. Prospect | IL | 60056 | | | | 55,172.00 |
| Keokoiong Ltd | | | Seoul | | | Korea | | | 43,288.00 |
| Webb & Katz, Ltd. | 120 S. RIVERSIDE PLAZA | 22ND FLOOR | CHICAGO | IL | 60606 | | 312-655-1500 | 312-655-1501 | 27,667.37 |
| STAIB Germany | Hermann Staib GmbH | | Pforzheim | | D-75179 | Germany | 49-7231 94150 | 49-7231 941515 | 23,279.56 |
| QUE-T. PARK | 510 Alexander Ct | | Barrington | IL | 60010 | | | | 17,091.00 |
| ION RAY (V-Can) | 10 Brodie Drive | | Richmond Hill | ON | L4B 3K8 | Canada | | | 8,422.00 |
| POSITIVE PACKAGING, INC. | Attn : Todd Beidler | 1100 HICKS ROAD | ROLLING MEADOWS | IL | 60008 | | 847) 392-4405 | 847) 392-4462 | 8,408.75 |
| No-Ho Town Mechanical Contractor | 1683 Elmhurst Road | | Elk Grove Village | IL | 60007 | | 847-427-2600 | 847-357-0844 | 6,389.46 |
| SCHELE GRAPHICS | 3492 Paysphere Circle | | Chicago | IL | 60674 | | 630-969-3828 | 630-969-8396 | 5,212.28 |
| Dyna-Comp Development | 11-D Commerce Way | | Totowa | NY | 07512-1154 | | | | 4,887.00 |
| Precision Econowind | 8940 North Fork Dr. | | North Forty Myers | FL | 33903 | | | 239-997-3243 | 2,795.49 |
| Peters & Associates | 1801 S. Meyers Road | | Oakbrook Terrace | IL | 60181 | | 630-832-0075 | 630-832-9636 | 2,720.00 |
| HCG Incorporated | 230 Kendall Point Drive | | Oswego | IL | 60543 | | 630-820-5550 | 630-820-5549 | 2,592.49 |
| Professional Plating Inc. | Attn : Craig Ingalls | 2625 9th Avenue North | Anoka | MN | 55303 | | 763-427-0112 | 763-427-4009 | 2,342.40 |
| Comtura Data | Ortsstrasse 54 | | Vosendorf | | A-2331 | Germany | | | 1,962.00 |
| KING ELECTRICAL SERVICE | 638 Puckthorm Terr. | | BUFFALO GROVE | IL | 60089 | | 847-650-7812 | | 1,305.00 |
| Riebandt & DeWald, P.C. | P.O. BOX 1880 | 1237 S. ARLINGTON HITS RD | ARLINGTON HEIGHTS | IL | 60006-1880 | | (847) 437-0303 | (847) 437-0330 | 1,205.00 |
| STEPHEN FOSSLER COMPANY, INC. | 439 S. DARTMOOR DR. | | CRYSTAL LAKE | IL | 60014 | | 847-631-9115 | 800-424-9292 | 931.17 |
| Shanghai Songhai Industrial trading (V) | 2299 Yanan Rd. (West) | Shanghai Mart 8A19 | Shanghai | | 200336 | China | | | 865.63 |
| Tandy Industries | 6 New England Way | | Lincoln | RI | 02865-4489 | | 401-333-9400 | 401-333-3042 | 556.99 |
| WEST PAYMENT CENTER | P.O. BOX 6292 | | CAROL STREAM | IL | 60197-6292 | | | | 293.06 |