## THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QT, INC., | ) | Case No. 07 B 03227 |
| | ) | |
| Debtor. | ) | Honorable Eugene R. Wedoff |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Q-RAY COMPANY, | ) | Case No. 07 B 03228 |
| | ) | |
| Debtor. | ) | Honorable Eugene R. Wedoff |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| QUE T. PARK, | ) | Case No. 07 B 03217 |
| | ) | |
| Debtor. | ) | Honorable Eugene R. Wedoff |
| | ) | |

### ORDER GRANTING FINAL APPLICATION OF BLACKMAN KALLICK,
### AS ACCOUNTANT FOR THE EXAMINER, FOR ALLOWANCE OF COMPENSATION

This matter coming to be heard upon the Final Application of Blackman Kallick for

Allowance of Compensation (the "*Application*"); it appearing to the Court that: (i) the Court has

jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding

pursuant to 28 U.S.C. § 157(b)(2); and (iii) venue is proper in this district pursuant to 28 U.S.C.

§§ 1408 and 1409; the Court finding that proper and adequate notice of the Application has been

given and that no other or further notice is necessary; it appearing that there are no objections to

the Application; and this Court having determined that the legal and factual bases set forth in the

Application establish just cause for the relief granted herein;

**NOW, THEREFORE, IT IS ORDERED THAT:**

1.    The Application is approved and granted in its entirety.

2.    Blackman Kallick is granted final allowance of compensation for accounting

services rendered during the Application Period in the amount of $46,290.00.

     3.    The Debtors are hereby authorized and directed to pay Blackman Kallick $46,290.00 for the above amounts.

ENTER:

Dated: _____, 2007

 

_____
UNITED STATES BANKRUPTCY JUDGE

CHI02_60573008_1