## THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 07-03227 |
| QT, INC. | ) | Hon Eugene R. Wedoff |
| Debtor. | ) | Hearing Date:  December 12, 2007 |
| | ) | Hearing Time: 9:30 A.M. |

### NOTICE OF APPLICATION AND OBJECTION DATE

**To:     See Attached Service List**

Please take notice that on the 12th day of December, 2007 at the hour of 9:30 a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Eugene R. Wedoff, Courtroom 744 of the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois or any other bankruptcy judge sitting in his place and stead, and shall then and there move the Court for entry of an order in accordance with the Application of the Debtor, QT, Inc.'s attorney for the Allowance of Final Compensation and Reimbursement of Expenses of Defrees & Fiske, copies of which are hereby served upon you,  at which time and place you may appear if you see fit. Objections to Defrees & Fiske's Application shall be filed with the Clerk of the Bankruptcy Court, 219 S. Dearborn, Chicago, Illinois 60604 on or before December 10, 2007 and served upon the following persons:

L. Judson Todhunter
Defrees & Fiske
200 S. Michigan Ave., Suite 1100
Chicago, IL 60604

U.S. Trustees Office
Attention:  Cameron Gulden
227 West Monroe Street
Suite 3350
Chicago, IL 60606

Catherine L. Steege,
Chapter 11 Trustee
Jenner & Block LLP
One IBM Plaza
330 N. Wabash Avenue
Chicago, IL  60601

**Name** DEFREES & FISKE
**Address**  200 S. Michigan, #1100
**Telephone**  312/372-4000

**Attorney for QT, Inc.**
**City**  Chicago, IL 60604
**Atty No.**  2840510

264182.1

## PROOF OF SERVICE BY U.S. MAIL

I, L. Judson Todhunter, an attorney certify; that I sent a copy of the above Notice of Application, together with the attached Application for Compensation to those named on the attached service list by First Class U.S. Mail on this 21st day of November, 2007.

By: /s/ L. Judson Todhunter
L. Judson Todhunter

L. Judson Todhunter (Attny I.D. No. 2840510)
Douglas Giese (Attny I.D. No. 6242075)
Defrees & Fiske
200 S. Michigan Avenue, #1100
Chicago, IL 60604
312/372-4000
312/939-5617Fax

264182.1

# QT, INC.
## SERVICE LIST
### CASE NO. 07-03227

ADP INC
POB 78415
Phoenix, AZ 85062-8415

ARC Disposal Company
POB 9001822
Louisville, KY 40290-1822

AT&T
POB 769
Arlington, Texas  76004

Bio-Ray, S.A.
C/.Pedro Miguel Marques, 9-1°-B
07181-Palmanova (Mallorca)
Baleares, Spain

Brinks Hofer Gifson & Lione
455 N Cityfront Plaza Dr Ste 3600
Chicago, IL 60611-5599

Charles Park
1105 S Hiddenbrook
Palatine, IL 60067

Clarus Transphase Scientific
C/O Phillip Samouris Higgs, Fletche
401 W "A" St, Ste 2600
San Diego, CA 92101

Clarus Transphase Scientific
C/O Joe R. Marconi Johnson & Bell
33 W Monroe St, Ste 2700
Chicago, IL 60603

ComEd
Bill Payment Center
Chicago, IL 60668-0001

Construct Data
Ortsstrasse 54
VOSENDORF
GERMANY A-2331

Donald Casey C/O T A Zimmerman, Jr.
Zimmerman & Associates, P.C.
100 W Monroe St, Ste 1300
Chicago, IL 60603

Dydacomp Development
11-D Commerce Way
Totowa, NJ 07512-1154

Experian
Dept 1971
Los Angeles, CA 90088-1971

Federal Express
POB 94515
Palatine, IL 60094-4515

Federal Trade Commission
Attn Theodore Hoppock
600 Pennsylvania Ave
Washington, DC 20580

GAMCO Premium Finance
10 W Chicago Ave
Hinsdale, IL 60521

GeezerJock Media LLC
One IBM Plaza #2401
330 N Wabash
Chicago, IL 60611

HQC Incorporated
230 Kendall Point Dr
Oswego, IL 60543

Illinois Department of Revenue
Bankruptcy Administration Unit
Attn:  Toni Mays
100 West Randolph Street, Level 7-410
Chicago, IL  60601-3274

Impenco Ltd
240 Guizot St
MONTREAL QUEBEC
CANADA H2P 1L5

Integrated Messaging Inc
550 Berry Street
WINNEPEG, MANITOBA
CANADA R3H 0R9

Internal Revenue Service
POB 145585 Stop B420G
Cincinnati, OH 45250-5585

James Park
716 First Ave
Des Plaines, IL 60016

Maximum ASP
752 Barrett Ave
Ste 103103
Louisville, KY 40204

Kim's Electrical Service
638 Puckthorm Terrace
Buffalo Grove, IL 60089

MTS Allstream Inc
POB 7500
WINNIPEG, MANITOBA
CANADA R3C 3B5

Mira Arezina C/O Shelly B. Kulwin
Kulwin & Associates, LLC
161 N Clark St, Ste 2500
Chicago, IL 60601

Nicor Gas
POB 416
Aurora, IL 60568-0001

North Town Mechanical
Contractor
1683 Elmhurst Rd
Elk Grove Village, IL 60007

Pitney Bowes Global Financial
POB 856460
Louisville, KY 40285-6460

Professional Plating Inc.
Attn Craig Ingalls
2625 9th Ave
Anoka, MN 55303

Qwest
Business Services
POB 856169
Louisville, KY 40285-6169

Riebandt & DeWald, P.C.
POB 1880
1237 S Arlington Heights Rd
Arlington Heights, IL 60006-1880

Paymentech
Attn:  Klye Salvati
4 Northeastern Blvd
Salem, NH 03079

Positive Packaging, Inc.
Attn Todd Beidler
1100 Hicks Rd
Rolling Meadows, IL 60008

Que T. Park
500 W Algonquin Rd
Mount Prospect, IL 60056

Retail Assistance Corp
16700 N Thompson Peak Pkwy
#170
Scottsdale, AZ 85260

RSVP Direct
431 N Wolf Rd
Wheeling, IL 60090

Shanghai Songhai Industrial Trading
Rm. 1413 Tain Mu Rd. (West)
Liantong Guoji Dasha
SHANGHAI
CHINA #200070

STAIB Germany
Hermann Staib GmbH Grimmigweg 27
Pforzheim
GERMANY #D-75179

Schiele Graphics
3492 Paysphere Circle
Chicago, IL 60674

Stephen Fossler Company, Inc.
439 S. Dartmoor Dr
Crystal Lake, IL 60014

SPS Commerce Inc.
Dept CH 17072
Palatine, IL 60055-7072

Tanury Industries
6 New England Way
Lincoln, RI 02865-4489

Sung Yong
1115 N Sycamore Ln
Mount Prospect, IL 60056

Ungaretti & Harris
Attn: Ross Kimbarovsky
3500 Three First National Plaza
Chicago, IL 60602-4283

Timothy Brzeczek
207 S Edgewood Ave
La Grange, IL 60525

UPS Supply Chain Solution
Attn Customs Brokerage
POB 34486
Louisville, KY 40232

United Parcel Service
POB 650580
Dallas, TX 75265

Warehouse Direct
1601 W Algonquin Rd
Mount Prospect, IL 60056

Virchow Krause & Co.
225 N Michigan Ave
Ste 1100
Chicago, IL 60601-7683

West Payment Center
POB 6292
Carol Stream, IL 60197-6292

Welsh & Katz, Ltd
120 S. Riverside Plaza 22nd Fl
Chicago, IL 60606

Barry Cutler
Baker & Hostetler
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036 5304

United States Trustees Office
Attention:  Cameron Gulden
227 West Monroe Street
Suite 3350
Chicago, IL  60606

Internal Revenue Service
Attn:  Joel Nathan
Mail Stop 5010 CHI
230 S. Dearborn St.
Chicago, IL  60604

Catherine L. Steege
Jenner & Block LLP
One IBM Plaza
330 North Wabash Avenue
Chicago, IL  60601

Ottenheimer Teplinsky Rosenbloom LLC
Attn:  Lester A. Ottenheimer, III
750 Lake Cook Rd., Suite 140
Buffalo Grove, IL  60089

Katten, Muchin, Rosenman LLP
Attn:  Ross O. Silverman
525 West Monroe Street
Chicago, IL  60661-3693

## THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 07-03227 |
| QT, INC. | ) | Hon Eugene R. Wedoff |
| Debtor. | ) | Hearing Date: December 12, 2007 |
| | ) | Hearing Time: 9:30 A.M. |

## DEFREES & FISKE FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

L. Judson Todhunter and the law firm of Defrees & Fiske ("Applicant") or ("D&F") as attorneys for QT, Inc. ("QT" or "Debtor") move this Court pursuant to 11 U.S.C. §§330 and 331 and Bankruptcy Rule 2016, for the allowance and payment of final compensation and reimbursement of expenses for services rendered during the period of February 23, 2007 through October 31, 2007 ("the Application Period"). In support of this Motion Applicants respectfully state as follows:

## I. PROCEDURAL BACKGROUND

1.     This Court has jurisdiction over this matter pursuant to 28 USC 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2). Venue is proper in this District pursuant to 28 U.S.C. §§1408 and 1409.

2.     The statutory basis for relief requested herein is §§330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure.

## II. FACTUAL BACKGROUND

3.     On February 23, 2007, (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

4.      Pursuant to §§1107(A) and 1108 of the Bankruptcy Code, the Debtor remained in possession and operated its business and managed its financial affairs as Debtor-in-Possession through June 19, 2007.

5.      On March 8, 2007, this Court entered an order authorizing QT, Inc. to employ D&F as its attorneys in this case. The order was retroactive to February 23, 2007, a copy of the order authorizing retention of Defrees & Fiske is attached hereto as Exhibit "A" and incorporated herein. On June 19, 2007, this Court entered its order appointing Catherine Steege as Chapter 11 Trustee. Since entry of that order, Ms. Steege has continued to operate the Debtor's business in the ordinary course.

6.      By this Motion, D&F requests final allowance of compensation in the amount of $109,964.50 and reimbursement of expenses in the amount of $4,084.80 for legal services rendered to the Debtor during the Application Period. An itemization of the legal services rendered and expenses incurred during the relevant period are attached to this Motion as Exhibit "B".

7.      D&F has not received any prior allowances of interim compensation or reimbursement of expenses. D&F did receive a prepetition retainer in the amount of $30,000.00 which it has held in the firm's Trust Account.

### III. FINAL COMPENSATION AND EXPENSES REQUESTED

8.      The services provided to QT, Inc. by D&F during the Application Period are categorized as follows

A.      **Initiation of Chapter 11 Proceedings:** D&F expended 15.3 hours of services to QT, Inc. in connection with general administrative matters. Services Performed by D&F on behalf of QT, Inc. included:

264174.1

1.      Preparation and filing of first day motions and orders and court appearances thereon;

2.      Meetings, telephone conferences and correspondence with representatives of the Debtor, the United States Trustee's Office, counsel for Que T. Park the sole shareholder and CEO of the Debtor concerning the filing of the Chapter 11 cases and the Debtor's responsibilities in Chapter 11 reorganization proceedings.

In connection with the foregoing, D&F attorneys seek compensation in the amount of $5,705.00. An itemized breakdown of services rendered is attached hereto as Exhibit "B".

**B.      Employment of Professionals**.  D&F expended 14.7 hours in connection with seeking Court approval of the employment of professionals for the Debtor.  Services performed by D&F on behalf of QT included preparation of Applications to Employ D&F as general bankruptcy counsel to the Debtor.  D&F also prepared applications for the employment of special Appellate counsel for the Debtor and special counsel to advise the Debtor in matters concerning trade regulation and consumer law.  In addition to preparation of applications and affidavits, D&F appeared in Court and obtained orders authoring the employment of the aforementioned counsel.  D&F also conferred with the Debtor's largest creditor, the Federal Trade Commission ("FTC") on the Debtor's employment of professionals.  D&F also reviewed, and appeared in Court on the employment of professionals on behalf of the examiner and the trustee appointed in this case.

In connection with the foregoing, D&F attorneys seek compensation in the amount of $5,425.00. An itemized breakdown of services rendered is attached hereto as Exhibit "B".

**C.      General Administration**:  D&F performed 27.9 hours of services to QT, Inc. in connection with general administrative matters.  Services performed by D&F on behalf of the Trustee included:

1.      Conferences and correspondence with QT, Inc. regarding assumption of executory contracts;

2.      Conferences with QT, Inc. regarding relationship with prior counsel, including preparation of Motions and Orders for turnover of records;

3.      Preparation and attendance at Section 341 meeting;

4.      Conferences with FTC counsel and Court appearance on extension of time to object to discharge;

5.      Review of QT, Inc.'s patent and trademark files turned over from prior counsel;

6.      preparation of status sheets and review of upcoming compliance dates with QT, Inc.

In connection with the foregoing, D&F attorneys seek compensation in the amount of $9,089.00. An itemized breakdown of services rendered is attached hereto as Exhibit "B".

**D.**    **Preparation of Schedules of Reports**: D&F expended 18.6 hours in assisting QT, Inc. with the preparation and filing of its Schedules, Statement of Financial Affairs and monthly reports.  This included numerous telephone conversations and meetings with Tim Brzeczek, QT's chief financial officer, and Andrew Park, QT's President. D&F attorneys worked closely with the principals of QT, Inc. in the preparation, revision and amendments of its Schedules and Statement of Financial Affairs. D&F attorneys also worked with Mr. Brzeczek, the CFO, in the preparation and filing of monthly reports required by the U.S. Trustee's office. The Schedules and Statement of Financial Affairs have been filed with this Court. Additionally, all monthly financial reports have been timely filed and submitted to the United States Trustee's office. Finally, all quarterly fees have been paid to the United States Trustee's office during the Application Period.

In connection with the foregoing, D&F attorneys seek compensation in the amount of $6,510.00. An itemized breakdown of services rendered is attached hereto as Exhibit "B".

**E.**    **Preparation of Fee Petitions**: D&F expended 14.2 hours in connection with the preparation of fee petitions filed by professionals in this case. This work included preparation of

4

D&F's First and Final Fee Application and review and advice to client on fee applications filed

by QT, Inc's special appellate counsel and special consumer law counsel.

In connection with the foregoing, D&F attorneys seek compensation in the amount of

$4,970.00. An itemized breakdown of services rendered is attached hereto as Exhibit "B".

F.    **Mayo Clinic Litigation:**    D&F expended 149.6 hours in connection with

representing QT, Inc. in litigation pending at the time of initiation of Chapter 11 proceedings

against certain Mayo Clinic defendants.    The litigation, initiated by QT, Inc., sought

compensation for damages arising out of, among other things, libel, interference with prospective

business relationships and failed to conduct a proper study by Mayo Clinic on QT, Inc.'s primary

product, a bracelet.    At the time of the initiation of Chapter 11 proceedings, Mayo Clinic's

Motion for Partial Summary Judgment was pending.    The Motion had not been responded to and

numerous continuances were obtained by QT's Pre-petition counsel for extensions of time to

respond to the Motion for Partial Summary Judgment.    QT's counsel appeared in Court on the

continued hearing on the Motion for Summary Judgment and advised Judge Moran, the Judge

presiding in the Court where the case was pending, of the filing of the bankruptcy and requested

additional time to respond.    The Judge expressed some frustration with the delay in this matter,

but did enter its order extending the time for QT, Inc. to obtain new counsel and file its response

for Motion for Summary Judgment.    Judge Moran made it clear that there would be no additional

extensions of time to respond to the Motion for Summary Judgment.    Thereafter, QT, Inc. sought

to obtain counsel, on a contingency fee basis, to represent it in the Mayo Clinic matter but was

unable to do so.    QT, Inc. then requested that Defrees & Fiske prepare a response to the Motion

for Summary Judgment.    It was necessary for the attorneys at Defrees & Fiske to review the

entire Court record in the Mayo litigation and also significant portions of the Court record,

including depositions and pleadings involved in the FTC litigation against QT, Inc. This matter was handled on an expedited basis by experienced litigation attorneys at D&F. Prior to the Court ruling on the Motion for Summary Judgment, QT, Inc.'s Bankruptcy Trustee settled the litigation for $200,000.00. Services performed by D&F on behalf of QT, Inc. included:

1. Court appearances on the Motion for Summary Judgment and conference with Mayo Clinic's counsel regarding the same;

2. Meetings with QT, Inc.'s President and CFO concerning litigation and possibility of employment of special counsel;

3. Obtaining copies of all relevant pleadings and correspondence in the Mayo Clinic litigation and reviewing the same, including the Motion for Summary Judgment;

4. Review of numerous transcripts of depositions taken of experts used to testify in the FTC litigation, telephone conferences with certain experts regarding testimony;

5. Research regarding issues raised in the Motion for Summary Judgment;

6. Drafting of Response to Summary Judgment Motion and Rule 56 Statement of Facts;

7. Receipt and review of Mayo's Clinic reply and review authority cited in Mayo Clinic's reply.

In connection with the foregoing, D&F attorneys seek compensation in the amount of $50,169.50. An itemized breakdown of services rendered is attached hereto as Exhibit "B".

**G.     FTC Appeal**: D&F expended 4.2 hours in connection with QT, Inc.'s appeal of the order entered in the FTC litigation. These services included telephone conferences with client and special counsel employed to prosecute the FTC appeal. D&F attorneys also were requested to participate in a telephone conference with the Seventh Circuit Appellate Mediator concerning possible settlement. D&F also prepared a Motion and Order for Turnover of Certain Trial Exhibits that were necessary to be made part of the record on appeal.

264174.1

In connection with the foregoing, D&F attorneys seek compensation in the amount of $1,470.00. An itemized breakdown of services rendered is attached hereto as Exhibit "B".

**H.** **Pending Lawsuits**: D&F expended 8.6 hours in connection with certain lawsuits pending on the date of the filing of the Chapter 11. The lawsuits included the ongoing FTC litigation before Judge Denlow, the Mayo litigation and other lawsuits filed against the Debtor, including Clarus and an appeal filed in a class action suit entitled *Casey*. D&F appeared, where necessary, in the appropriate Court where the lawsuits were pending concerning continuation of the lawsuit and advising the Courts of the filing of the bankruptcy.

In connection with the foregoing, D&F attorneys seek compensation in the amount of $2,624.00 An itemized breakdown of serviced rendered is attached hereto as Exhibit "B".

**I.** **Federal Trade Commission**: D&F expended 9.7 hours in connection with representing the Debtor in matters with attorneys for the Federal Trade Commission including ongoing compliance with advertising, turnover of records and possible settlement of the FTC matter on appeal.

In connection with the foregoing, D&F attorneys seek compensation in the amount of $2,677.00 An itemized breakdown of services rendered is attached hereto as Exhibit "B".

**J.** **Court Appointed Examiner**: D&F expended 56.6 hours in connection with representing QT, Inc. in matters relating to the Court appointed examiner. On April 17, 2007, this Court ordered the appointment of an Examiner to investigate allegations raised in motions filed by the United States Trustee's Office and the FTS for the appointment of a trustee. Services performed by D&F on behalf of the Trustee included:

　　　　1.　　Review of pleadings and numerous conferences with the United States Trustee's office and FTC attorney and the Debtor regarding appointment of an Examiner in lieu of an order for trustee.

2.    The court appearances on the appointment of an Examiner, and the explanation of Examiner's professionals;

3.    Numerous telephone calls and correspondence with Examiner regarding request for documents and conference with client regarding documents and production of thousands of pages of documents for the Examiner.

4.    Representing QT, Inc. in numerous lengthy meetings conducted by the examiner and his attorneys and accountants;

5.    Review of Examiner draft reports and meetings with Examiner concerning the same;

6.    Meetings with client regarding Examiner's report and response to Examiner's report filed with the Court;

7.    Court appearance on Examiner's report, meetings with clients, conferences with the United States Trustee's office regarding agreed order appointing trustee.

In connection with the foregoing, D&F attorneys seek compensation in the amount of $19,435.00 An itemized breakdown of services rendered is attached hereto as Exhibit "B".

**K.    <u>Transition with Court Appointed Trustee</u>.**    D&F expended 5.4 hours in connection with assisting the Debtor and the Court appointed Trustee to assure a smooth transition upon the Trustee's appointment.    D&F spent time in meetings and telephone conferences with the Debtor's principals advising them of the effect of the appointment of the Trustee and their duties subsequent to the appointment of the Trustee.    D&F met with the Trustee, her advisor, John Wheeler, and the President and CFO of the Debtor, to discuss continued operation of the company and transition issues.

In connection with the foregoing, D&F attorneys seek compensation in the amount of $1,890.00 An itemized breakdown of services rendered is attached hereto as Exhibit "B".

9.    During the Application Period, D&F incurred out-of-pocket expenses in the amount of $3,546.49.    Attached as Exhibit "B" is an itemization of D&F's out-of-pocket expenses. The charge of for photocopies is .15 per page (the same rate D&F charges its clients in

8

264174.1

non-bankruptcy matters).  D&F attorneys seek reimbursement for computerized research with Lexis and Westlaw in the total amount of $142.40.  The issues researched included the automatic stay and regulatory powers of the FTC, issues raised in the Mayo Clinic Motion for Summary Judgment and the effect of the automatic stay and the appeal filed by the class action plaintiffs. The UCC charges were incurred and UCC searches to determine the Debtor's secured creditors, judgment creditors and tax lien creditors.  Miscellaneous charges included an outside service provider for a conference call and $26.00 fee for amending schedules.  D&F asserts that these out-of-pocket expenses were reasonable and necessary expenses incurred in its representation of QT, Inc.

## CONCLUSION

10.    Other that as provided in Section 504(b) of the Bankruptcy Code, D&F has not shared, nor agreed to share any compensation received pursuant to this fee application with any person, firm or entity.  The sole and exclusive source of compensation are funds available in this bankruptcy case.

11.    D&F assets that the compensation requested in this Application is reasonable compensation for the actual necessary legal services rendered based upon the time, nature, extent and value of such professional services.  D&F further asserts that the cost of the legal services rendered for and on behalf of the Debtor is comparable to the cost of similar services and matters other than under the Bankruptcy Code.

12.    D&F submits that the compensation expenses requested are fair, reasonable and warranted under the circumstances.

WHEREFORE, D&F respectfully prays that this Court enter an Order as follows:

1.    Awarding D&F final compensation in the amount of $109,964.50 plus reimbursement of out-of-pocket expenses in the amount of $4,084.80 for services rendered during the period of February 23, 2007 through October 31, 2007;

2.    Granting such other and further relief as this Court deems appropriate.


Respectfully submitted

DEFREES & FISKE

By:    /s/ L. Judson Todhunter
       One of its attorneys




L. Judson Todhunter (ARDC# 2840510)
Douglas C. Giese (ARDC# 6242075)
DEFREES & FISKE
200 S. Michigan Ave., Suite 1100
Chicago, IL 60604
Telephone:    (312) 372-4000
Facsimile:    (312) 939-5617

264174.1

**EXHIBIT A**

264174.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                                  )      Chapter 11
                                        )      Case No. 07-03227
                                        )
QT, Inc.                                )
                                        )      Hon. Susan Pierson Sonderby

Debtor.

## ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF
## THE LAW FIRM DEFREES & FISKE LLC AS COUNSEL FOR DEBTOR

Upon the application (the "Application") of QT, Inc.., Debtor and Debtor in Possession in

the above-captioned Chapter 11 case (the "Debtor"), for entry of an order authorizing the Debtor

to retain and employ L. Judson Todhunter and Defrees & Fiske LLC ("D&F") as its counsel in

the Debtor's Chapter 11 case; the Court having considered the Affidavit of L. Judson Todhunter,

a Member of ("D&F"), which is attached to the Application as Exhibit A; the Court being

satisfied that D&F and its other members and associates do not hold or represent any interest

adverse to the Debtor or its estate, creditors or other parties in interest, that D&F is

"disinterested," as such term is defined in Section 101(14) of the Bankruptcy Code, and that the

retention and employment of D&F is necessary and in the best interest of the Debtor's estate;

adequate notice of the Application having been given; and the Court being fully advised in the

premises:

### IT IS HEREBY ORDERED THAT:

1.      Pursuant to Section 327(a) of the Bankruptcy Code, the Debtor is authorized and

empowered to retain and employ D&F as its counsel in this Chapter 11 case for all purposes

retroactive to February 23, 2007.

257300.1

2.      D&F shall be compensated in accordance with the procedures set forth in Sections

330 and 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, the

Local Rules of this Court, and such other procedures as may be fixed by order of this Court.

Dated:_____ **MAR 0 8 2007**              ENTERED:

United States Bankruptcy Judge

2

**EXHIBIT B**

DEFREES & FISKE
Law Offices
200 South Michigan Avenue, Suite 1100
Chicago  60604
Telephone  (312) 372-4000
Facsimile   (312) 939-5617

November 21, 2007

|  |  |
|---|---|
| QT, INC.<br>500 WEST ALGONQUIN ROAD<br>MOUNT PROSPECT, IL  60056 | Invoice#  126920    LJT<br>Our file#  10052    AAAAA<br>Billing through  10/31/2007 |

**AAAAA      INITIATION OF CHAPTER 11 PROCEEDINGS**

| 02/26/2007 | LJT | MEETING WITH ROSS KIMBAROVSKY RE FTC PROCEEDINGS AND CHAPTER 11 (1.1); DRAFT APPLICATION TO EMPLOY (1.0); NUMEROUS TELEPHONE CONFERENCES WITH CHARLES PARK AND TIM BRECZEK; DeNLOW COURT HEARING; CHAPTER 11 SCHEDULES AND FILING REQUIREMENT (1.4) | 3.40 hrs. | 1,190.00 |
|---|---|---|---|---|
| 02/27/2007 | LJT | TELEPHONE TO FTC ATTORNEY (.2); TELEPHONE WITH LES OTTENHIEMER RE CASES (.3) MULTIPLE TELEPHONE CONVERSATIONS CLIENT, CHARLES PARK AND TIM B. RE MOTIONS TO BE FILED AND ADMINISTRATION MATTER IN CHAPTER 11 (.9); DRAFT MOTION, NOTICE AND ORDER TO MAINTAIN EXISTING BANK ACCOUNT (.8); REVISE AND FINALIZE MOTION, NOTICE AND ORDER TO EMPLOY IN BOTH CASES (1.9); TELEPHONE WITH CAMERON GULDEN RE ASSIGNMENT (0.2) | 4.30 hrs. | 1,505.00 |
| 02/28/2007 | LJT | TELEPHONE WITH CAMERON GULDEN RE FILING, MOTIONS AND REASSIGNMENT OF CASES (0.3) TELEPHONE WITH LES OTTENHIEMER RE REASSIGNMENT AND COORDINATION OF CASES (.4); TELEPHONE CNFERENCE WITH TIM BRECZEK RE: VARIOUS MATTERS ON MOTIONS BEING PRESENTED AND SCHEDULES (0.7); DRAFT, REVISE AND FINALIZE MOTION FOR REASSIGNMENT, NOTICE AND ORDER | 5.40 hrs. | 1,890.00 |

(1.0) DRAFT, REVISE, AND FINALIZE
MOTIONS TO PAY PREPETITION
PAYROLL NOTICE AND ORDER (1.5),
REVISE AND FINALIZE MOTION NOTICE
AND ORDER RE: MAINTAINING
EXISTING BANK ACCOUNTS (1.1);
TELEPHONE FROM AND TO FTC (.2);
TELEPHONE FROM CLAIMS AGENT (0.2)

| Date | | Description | Hours | | Amount |
|------|------|-------------|-------|------|--------|
| 03/07/2007 | LJT | COURT APPEARANCE BEFORE JUDGE SONDERBY ON VARIOUS MOTIONS, INCLUDING MOTION TO TRANSFER TO JUDGE WEDOFF (1.1) | 1.10 | hrs. | 385.00 |
| 03/08/2007 | LJT | COURT APPEARANCE ON APPLICATION TO EMPLOY D&F; APPLICATION TO MAINTAIN EXISTING BANK ACCOUNTS AND MOTION TO PAY PREPETITION PAYROLL (1.1); MEETING WITH CLIENTS RE MOTIONS AND COURT APPEARANCES (.6); REVISE ORDER RE PAYROLL CORRESPONDENCE TO JUDGE WEDOFF (.4) | 2.10 | hrs. | 735.00 |

MATTER TOTAL $5,705.00

**BBBBB**      **EMPLOYMENT OF PROFESSIONALS**

| Date | | Description | Hours | | Amount |
|------|------|-------------|-------|------|--------|
| 03/07/2007 | LJT | CORRESPONDENCE TO FTC ATTORNEY RE DETAILED SOURCE OF FUNDS FOR PAYMENT OF D&F ATTORNEY FEES, INCLUDING PORTIONS OF COURT ORDER SPECIFYING ACCOUNTS WERE NOT FROZEN (.7); CONFERENCE CALL WITH CLIENT RE FTC INQUIRIES AND ADDITIONAL INFORMATION (.4) | 1.10 | hrs. | 385.00 |
| 03/12/2007 | LJT | CONFERENCE CALL WITH KIRKLAND & ELLIS ATTORNEYS, CLIENT RE EMPLOYMENT APPLICATION AND AFFIDAVITS (.6) | 0.60 | hrs. | 210.00 |
| 03/13/2007 | LJT | RECEIPT OF SIGNED AFFIDAVITS FINALIZE AND FILE APPLICATION TO EMPLOY KIRKLAND & ELLIS; SERVE SAME (1.9) | 1.90 | hrs. | 665.00 |
| 03/15/2007 | LJT | COURT APPEARANCE ON APPLICATION TO EMPLOY KIRKLAND & ELLIS (1.0) | 1.00 | hrs. | 350.00 |
| 03/21/2007 | LJT | CORRESPONDENCE TO AND FROM DON WORKMAN AT BAKER AND H RE EMPLOYMENT (.3); | 0.30 | hrs. | 105.00 |
| 03/22/2007 | LJT | CORRESPONDENCE TO DON WORKMAN | 0.30 | hrs. | 105.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | RE EMPLOYMENT OF BAKER & H. FIRM (.3) | | | |
| 03/27/2007 | LJT | TELEPHONE WITH DON WORKMAN RE BAKER AND H. AFFIDAVITS; REVIEW DRAFT CORRESPONDENCE TO WORKMAN (.6) | 0.60 | hrs. | 210.00 |
| 03/28/2007 | LJT | CORRESPONDENCE TO BAKER AND H RE AFFIDAVITS (.2) TELEPHONE TO CLIENT AND LES OTTENHEIMER RE MEETING ON 3/29 (0.4) | 0.40 | hrs. | 140.00 |
| 03/30/2007 | LJT | RECEIPT OF BAKER AND H. AFFIDAVITS AND WORK ON APPLICATION TO RETAIN (.4) | 0.40 | hrs. | 140.00 |
| 04/02/2007 | LJT | TELEPHONE WITH CLIENT RE EMPLOYMENT OF CUTLER FOR FTC COUNSEL BEGIN DRAFT (.8) | 0.80 | hrs. | 280.00 |
| 04/03/2007 | LJT | FINALIZE AND FILE NOTICE OF MOTION AND ORDER TO EMPLOY CUTLER AS FTC COUNSEL FOR DEBTOR (1.4) | 1.40 | hrs. | 490.00 |
| 04/05/2007 | LJT | CONFERENCE WITH FTC COURT APPEARANCE ON MOTION TO EMPLOY CUTLER (.4) | 0.40 | hrs. | 140.00 |
| 04/19/2007 | LJT | RECEIPT OF CUTLER'S COMMENTS OK REVISIONS OF ORDER OF EMPLOYMENT (.4) CORRESPONDENCE TO FTC AND GULLDEN RE REVISED CUTLER ORDER | 0.40 | hrs. | 140.00 |
| 04/26/2007 | LJT | CORRESPONDENCE WITH FTC ATTORNEY CROUSE RE: ATTORNEY AFFIDAVIT AND AMOUNT OF RETAINER (.2) | 0.20 | hrs. | 70.00 |
| 05/22/2007 | LJT | RECEIPT AND REVIEW OF EXAMINER'S MOTION TO EMPLOY ACCOUNTANTS (.4) | 0.40 | hrs. | 140.00 |
| 05/29/2007 | LJT | TELEPHONE TO EXAMINER RE NO OBJECTION ON EMPLOYMENT OF ACCOUNTANT (.3) | 0.30 | hrs. | 105.00 |
| 06/05/2007 | LJT | TELEPHONE CONFERENCE AND CORRESPONDENCE WITH KIRKLAND & ELLIS RE: FEES (.3); | 0.30 | hrs. | 105.00 |
| 06/06/2007 | LJT | CORRESPONDENCE FROM AND CORRESPONDENCE TO BARRY CUTLER RE ORDER AUTHORIZING EMPLOYMENT (.3) | 0.30 | hrs. | 105.00 |

| 06/22/2007 | LJT | RECEIPT AND REVIEW OF TRUSTEE'S APPLICATIONS TO EMPLOY JENNER & BLOCK AND DSI; FORWARD TO CLIENT (.4) | 0.40 hrs. | 140.00 |
|---|---|---|---|---|
| 06/25/2007 | LJT | REVIEW EXAMINER FEE PETITION FOR POSSIBLE OBJECTION | 1.80 hrs. | 630.00 |
| 06/26/2007 | LJT | COURT APPEARANCE ON KIRLAND & ELLIS FEE APPLICATION AND TRUSTEE'S MOTIONS TO EMPLOY (1.1); RECEIPT AND REVIEW FTC OBJECTION (.3) CONFERENCE WITH CLIENT RE COURT HEARING (.8) | 2.20 hrs. | 770.00 |

MATTER TOTAL     $5,425.00

**CCCCC**     **GENERAL ADMINISTRATION**

| 03/05/2007 | LJT | TELEPHONE WITH TIM BRZECZEK RE CREDIT CARDS AND ASSUMPTION OF PAYMENTECH AGREEMENT (.4); TELEPHONE WITH UNGARETTI ATTORNEY RE FTC MOTION FOR DISGORGEMENT ON FEES (.4); REVIEW MOTION AND PRIOR ORDERS (1.1) | 1.90 hrs. | 665.00 |
|---|---|---|---|---|
| 03/12/2007 | LJT | TELEPHONE WITH TIM BRZECZEK RE RENTAL FEES (.3) | 0.30 hrs. | 105.00 |
| 03/12/2007 | LJT | TELEPHONE FROM COMPANIES INTERESTED IN LIQUIDATION OF ASSETS (.3) | 0.30 hrs. | 105.00 |
| 03/14/2007 | LJT | TELEPHONE WITH LES OTTENHEIMER RE HEARING ON 3/15 (.2); REVIEW DRAFT OF DR. PARK'S PETITION COMMENTS TO LES OTTENHEIMER (.6) | 0.80 hrs. | 280.00 |
| 03/22/2007 | LJT | TELEPHONE WITH CHARLES PARK RE RETAINING LIEN CLAIMED BY UNGARETTI FIRM; TELEPHONE TO UNGARETTI FIRM (.4 | 0.40 hrs. | 140.00 |
| 03/26/2007 | LJT | TELEPHONE CLIENT RE: 341 MEETING PROCEDURE (.3) | 0.30 hrs. | 105.00 |
| 03/27/2007 | LJT | REVIEW UTILITIES RE: DEPOSITS, TELEPHONE WITH TIM BRZECZEK (.5) | 0.50 hrs. | 175.00 |
| 03/28/2007 | LJT | TELEPHONE TO CLIENT AND LES OTTENHEIMER RE MEETING ON 3/29 (0.4) TELEPHONE WITH CLIENT FORWARD COPY OF QT SCHEDULES (.3) | 0.70 hrs. | 245.00 |
| 03/29/2007 | LJT | MEETING WITH CLIENTS PREPARE FOR SECTION 341 MEETING (1.3); ATTEND | 5.50 hrs. | 1,925.00 |

| 04/20/2007 | LJT | TELEPHONE WITH CLIENT TURNOVER OF UNGARETTI FILES RE MAYO (.3) | 0.30 hrs. | 105.00 |
|---|---|---|---|---|
| 04/23/2007 | LJT | TELEPHONE WITH ALSTERDA (.3) REVIEW DRAFTS FROM ALSTERDA (.2) DRAFT MOTION AND ORDER FOR TURNOVER OF RECORDS FOR MAYO LITIGATION (.9) | 1.40 hrs. | 490.00 |
| 04/24/2007 | LJT | DRAFT NOTICE MOTION AND ORDER FOR TURNOVER OF RECORDS (1.0) CONFERENCE WITH SCOT ALSTERDA RE SAME AND REVISIONS (.5) DRAFT NOTICE, MOTION AND ORDER AND AMENDED AFFIDAVITS (1.0) | 2.50 hrs. | 875.00 |
| 04/26/2007 | LJT | COURT APPEARANCE ON MOTION FOR TURNOVER OF RECORDS AND AMENDED AFFIDAVIT (1.0) REDRAFT AMENDED AFFIDAVITS AND FILE SAME (.6) TELEPHONE WITH SCOTT ALSTERDA RE ORDER (.2) CONFERENCE WITH TJR AND WMS RE ORDER FOR TURNOVER (.3) | 2.10 hrs. | 735.00 |
| 05/01/2007 | LJT | TELEPHONE WITH WENDY EPSTEIN (.3); TELEPHONE TO SCOTT ALSTERDA (.2); BEGIN TO PREPARE MOTION FOR TURNOVER OF TRIAL EXHIBITS (.5) | 1.00 hrs. | 350.00 |
| 05/21/2007 | LJT | REVIEW PATENT AND TRADEMARK MATERIALS AND CONFERENCE WITH SLW RE SAME (.5) | 0.50 hrs. | 175.00 |
| 05/21/2007 | SLW | DETAILED REVIEW OF TRADEMARK FILES; OFFICE CONFERENCE WITH PHIL RE: OBTAINING STATUS SHEETS; BEGIN COMPILATION AND ANALYSIS OF STATUS SHEETS TO CREATE SPECIALIZED QT, INC. TRADEMARK DOCKET; OFFICE CONFERENCE WITH ATTORNEY L. JUDSON TODHUNTER RE: SAME | 2.20 hrs. | 473.00 |
| 05/23/2007 | SLW | OFFICE CONFERENCE WITH ATTORNEY L. JUDSON TODHUNTER RE: PATENTA(.4); TELEPHONE CONFERENCE WITH JOHN CROSIN RE: POSSIBLE REPRESENTATION;(.3) REVIEW PATENT FILES; SEGREGATE SAME WITH PHIL(.5) | 1.20 hrs. | 258.00 |
| 05/24/2007 | LJT | TELEPHONE WITH JEANNE CROUSE; RECEIPT AND REVIEW MOTION TO | 2.00 hrs. | 700.00 |

EXTEND TIME RE: 110
DISCHARGE; CORRESPONDENCE TO
JEANNE RE SAME (1.1); CONFERENCE
WITH SLW; CONFERENCE CALL WITH
CLIENT RE: ALL TRADEMARK STATUS
(.9)

| | | | | |
|---|---|---|---|---|
| 05/24/2007 | SLW | REVIEW AND ANALYZE TRADEMARK FILES | 1.20  hrs. | 258.00 |
| 05/29/2007 | SLW | COMPLETE REVIEW AND ANALYSIS OF PENDING OFFICE ACTIONS AND TRADEMARK DOCKET SHEET; TELEPHONE CALL TO PATENT ATTORNEY OFFICE; CONFERENCE WITH ATTORNEY L. JUDSON TODHUNTER | 1.50  hrs. | 322.50 |
| 05/30/2007 | SLW | COMPLETE REVIEW OF PENDING OFFICE ACTIONS; TELEPHONE CALL TO PATENT ATTORNEY, MIKE BANIAK RE: PATENT FILE REVIEW | 1.50  hrs. | 322.50 |
| 06/05/2007 | LJT | CORRESPONDENCE FROM QT PARK PRIOR TRADEMARK COUNSEL RE NOTICE OF ABANDONMENT; CONFERENCE WITH STEVEN L. WISER (.4) | 0.40  hrs. | 140.00 |
| 06/12/2007 | LJT | TELEPHONE WITH DON SAMPEN, NEW ATTORNEY FOR DR. PARK? (.4) | 0.40  hrs. | 140.00 |

MATTER TOTAL                    $9,089.00

**DDDDD     PREPARATION OF SCEDULES AND REPORTS**

| | | | | |
|---|---|---|---|---|
| 03/15/2007 | LJT | RECEIPT AND REVIEW OF SCHEDULES FILED BY ANDREW PARK; CONFERENCE WITH LES OTTENHIEMER RE SAME (0.8) | 0.80  hrs. | 280.00 |
| 03/20/2007 | LJT | CONFERENCE WITH TIM BRZECZEK RE SCHEDULE COMPLETION; REVIEW AND REVISE FORMS (.7), TELEPHONE CONFERENCE WITH TIM BRZECZEK RE INFORMATION REQUIRED ON SCHEDULES D, E AND F (.5) | 1.20  hrs. | 420.00 |
| 03/21/2007 | LJT | RECEIPT AND REVIEW OF SCHEDULE B TO SCHEDULES; TELEPHONE WITH TIM BRZECZEK RE: SAME (.5) RECEIPT AND REVIEW OF VARIOUS PORTIONS OF STATEMENT OF FINANCIAL AFFAIRS(.7) AND CONFERENCE WITH CLIENT (.9) | 2.10  hrs. | 735.00 |

| Date | | Description | | |
|---|---|---|---|---|
| 03/22/2007 | LJT | WORK ON SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS; TELEPHONE CONFERENCES WITH TIM BRECZEK (1.7) | 1.70 hrs. | 595.00 |
| 03/23/2007 | LJT | FINALIZE AND FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS; NUMEROUS TELEPHONE CONFERENCES WITH CLIENT; REVIEW REVISIONS (3.6) | 3.60 hrs. | 1,260.00 |
| 04/03/2007 | LJT | TEL TO TIM BRZECZEK RE DOCUMENTS REQUESTED BY US TRUSTEE (.4) | 0.40 hrs. | 140.00 |
| 04/09/2007 | LJT | TELEPHONE WITH TIM BRZECZEK RE REVISED SCHEDULES AND DOCUMENTS REQUESTED AT 341 MEETING (.4) | 0.40 hrs. | 140.00 |
| 04/10/2007 | LJT | TELEPHONE WITH TIM BRZECZEK RE AMENDING STATEMENT OF FINANCIAL AFFAIRS 3(b) (.3) | 0.30 hrs. | 105.00 |
| 04/11/2007 | LJT | CORRESPONDENCE FROM TIM BRZECZEK RE: ADDITIONAL CHANGES TO SCHEDULES AND ATTACHMENTS (0.5) | 0.50 hrs. | 175.00 |
| 04/12/2007 | LJT | TELEPHONE WITH TIM BRZECZEK AND CORRESPONDENCE RE AMENDED SCHEDULES (1.5) | 1.50 hrs. | 525.00 |
| 04/13/2007 | LJT | WORK WITH TIM BRZECZEK ON SCHEDULES RE REVISIONS (.6) CORRESPONDENCE FROM FTC RE KOREAN BANK ACCOUNT (.3) | 0.60 hrs. | 210.00 |
| 04/18/2007 | LJT | TELEPHONE WITH TIME BRZECZEK RE US TRUSTEE REPORTS AND FILING (0.3) | 0.30 hrs. | 105.00 |
| 04/24/2007 | LJT | TELEPHONE WITH TIM BRZECZEK RE MONTHLY REPORTS (.3) | 0.30 hrs. | 105.00 |
| 04/25/2007 | LJT | FINALIZE AND FILE AMENDED SCHEDULES FOR QT INC (.8) | 0.80 hrs. | 280.00 |
| 05/15/2007 | LJT | TELEPHONE CONFERENCE WITH CLIENT RE AMENDMENT TO SCHEDULES AND POSSIBLE FURTHER AMENDMENTS (.4) TELEPHONE WITH CLIENT RE SAME (.5); TELEPHONE FROM DEBTOR'S ACCOUNTANT RICHARD TWOREK (.3) | 1.20 hrs. | 420.00 |
| 05/22/2007 | LJT | TELEPHONE TO CLIENT RE MONTHLY REPORT (.3) | 0.30 hrs. | 105.00 |
| 05/29/2007 | LJT | RECEIPT AND REVIEW QT MONTHLY | 0.70 hrs. | 245.00 |

| 05/31/2007 | LJT | CORRESPONDENCE FROM U.S. TRUSTEE'S OFFICE RE MONTHLY REPORTS (.3) | 0.30 hrs. | 105.00 |
| 06/04/2007 | LJT | RECEIPT OF EMAILS FROM US TRUSTEE RE MONTHLY REPORTS; FORWARD TO AND DISCUSS WITH CLIENT (.6) | 0.60 hrs. | 210.00 |
| 06/13/2007 | LJT | REVIEW MONTHLY REPORTS FOR FILING AND REVISIONS (.6) | 0.60 hrs. | 210.00 |
| 06/21/2007 | LJT | FILE MONTHLY REPORTS (.4); | 0.40 hrs. | 140.00 |
| | | MATTER TOTAL | | $6,510.00 |

**EEEEE   PREPARATION OF FEE PETITIONS**

| 06/28/2007 | LJT | ORGANIZE FILES (.6) WORK ON FEE PETITION CATEGORIES AND EDIT TIME ENTRIES (1.9) | 2.50 hrs. | 875.00 |
| 08/13/2007 | LJT | REVIEW AND REVISE TIME ENTRIES FOR CATEGORIES, ETC. | 1.50 hrs. | 525.00 |
| 08/14/2007 | LJT | REVIEW TIME ENTRIES; MEMO TO WMS AND TJR RE: ADDITIONAL INFORMATION NEEDED | 1.20 hrs. | 420.00 |
| 08/22/2007 | LJT | WORK ON FEE PETITION | 0.90 hrs. | 315.00 |
| 08/28/2007 | LJT | TELEPHONE TO OTTENHEIMER (.2); WORK ON FEE PETITION(.8) | 1.00 hrs. | 350.00 |
| 09/17/2007 | LJT | REVIEW WMS AND TJR EDITED TIME AND WORK ON FEE PETITION | 1.90 hrs. | 665.00 |
| 09/19/2007 | LJT | RE: EDIT FEE ENTRIES AND CATEGORIES | 1.20 hrs. | 420.00 |
| 10/31/2007 | LJT | ESTIMATED TIME FOR NOVEMBER AND DECEMBER 2007 FOR FINALIZING FEE PETITION, EXHIBITS, NOTICE AND ORDER; FILING SAME, AND; COURT APPEARANCES | 4.00 hrs. | 1,400.00 |
| | | MATTER TOTAL | | $4,970.00 |

**FFFFF   MAYO CLINIC LITIGATION**

| 03/02/2007 | LJT | TELEPHONE WITH HOWARD ADELMAN ATTORNEY FOR MAYO CLINIC, TELEPHONE WITH CLIENT RE SAME | 0.40 hrs. | 140.00 |
| 03/05/2007 | LJT | TELEPHONE WITH CHARLES PARK AND TIM BRZECZEK RE MAYO LITIGATION ON APPEAL EMPLOYMENT OF | 0.60 hrs. | 210.00 |

| 03/07/2007 | LJT | DRAFT MOTION AND MOTION TO EXTEND TIME TO ANSWER IN MAYO LITIGATION (1.7) | 1.70 | hrs. | 595.00 |
|---|---|---|---|---|---|
| 03/13/2007 | LJT | TELEPHONE WITH CLIENT RE MAYO HEARING (.3) | 0.30 | hrs. | 105.00 |
| 03/14/2007 | LJT | COURT APPEARANCE ON MAYO LAWSUIT AND MOTION TO EXTEND TIME TO RESPOND TO PARTIAL SUMMARY JUDGMENT; TELEPHONE TO CLIENT RE ORDER ENTERED (1.3) | 1.30 | hrs. | 455.00 |
| 03/21/2007 | LJT | RECEIPT AND REVIEW OF MAYO COMPLAINT(.8) | 0.80 | hrs. | 280.00 |
| 03/27/2007 | LJT | TELEPHONE WITH TIM BRZECZEK AND CHARES RE: MAYO LITIGATION AND ALTERNATIVE FEE PROPOSAL (.4) | 0.40 | hrs. | 140.00 |
| 03/27/2007 | WMS | REVIEW COMPLAINT VERSUS MAYO, MAYO AMENDED ANSWER/AFFIRMATIVE DEFENSES AND MOTION TO FOR PARTIAL SUMMARY JUDGMENT | 1.30 | hrs. | 422.50 |
| 03/30/2007 | LJT | TELEPHONE CONFERENCE WITH TIM BRZECZEK RE MAYO CLINIC LITIGATION (.3) | 0.30 | hrs. | 105.00 |
| 04/02/2007 | LJT | REVIEW MAYO MATTER AND THIS FIRM HANDLING SAME (.5) | 0.50 | hrs. | 175.00 |
| 04/05/2007 | TJR | REVIEW COMPLAINT, ANSWER, RULE 56.1 STATEMENT OF FACTS AND MOTION FOR PARTIAL SUMMARY JUDGEMENT | 2.20 | hrs. | 748.00 |
| 04/05/2007 | TJR | O/C LJT AND BREZSCEK REGARDING RESONSE TO SUMMARY JUDGEMENT MOTION | 0.40 | hrs. | 136.00 |
| 04/05/2007 | WMS | O/C LJT AND TJR RE SUMMARY OF PROCEDURAL HISTORY AND COUNSEL LITIGATION EFFORTS AND DEVELOPMENT OF ASSIGNMENTS FOR RESPONSE TO MOTION FOR PARTIAL SUMMARY JUDGMENT;(.4) REVIEW MOTION DOCUMENTS;(1.3) | 1.70 | hrs. | 552.50 |
| 04/06/2007 | WMS | O/C TJR RE LAW APPLICABLE TO MOTION AND APPROACH TO RESPONSE;(.3) REVIEW RULE 56.1 STATEMENT OF UNDISPUTED FACTS(.9) | 1.20 | hrs. | 390.00 |
| 04/09/2007 | LJT | TELEPHONE WITH TIM BRZECZEK RE | 0.30 | hrs. | 105.00 |

| | | | | |
|---|---|---|---|---|
| 04/09/2007 | WMS | REVIEW MAYO PLEADINGS AND PARTIAL SUMMARY JUDGMENT MOTION-RELATED DOCUMENTS; REVIEW AND ANALYZE CASE LAW AUTHORITY CITED BY IN MAYO LEGAL MEMORANDUM;(2.2) REVIEW TJR E-MAIL RE DEADLINES FOR RESPONSE(.1) | 2.30 hrs. | 747.50 |
| 04/11/2007 | LJT | TELEPHONE WITH ROSS AT UNGARETTI RE DOCUMENTS AND FILES (.3) | 0.30 hrs. | 105.00 |
| 04/11/2007 | WMS | REVIEW FELDSTEIN DEPOSITION TESTIMONY IN FTC CASE; REVIEW FTC OPINION AND ORDER;(3.2) O/C TJR RE LAW AND FACTS NECESSARY FOR RESPONDING TO MOTION(.3) | 3.50 hrs. | 1,137.50 |
| 04/12/2007 | WMS | REVIEW AND SUMMARIZE DECISIONS CITED IN MAYO MOTION FOR PARTIAL SUMMARY JUDGMENT | 1.90 hrs. | 617.50 |
| 04/13/2007 | KHM | OFFICE CONFERENCE TJR RE DEFAMATION; RESEARCH RE DEFAMATION; DRAFT MEMO RE SAME | 3.20 hrs. | 544.00 |
| 04/13/2007 | LJT | CORRESPONDENCE FROM CHARLES RE QUESTIONS ON MAYO'S MOTION (.3) | 0.30 hrs. | 105.00 |
| 04/13/2007 | TJR | REVIEW COURT FILE DOCUMENTS, INCLUDING MOTION AND SUPPORTING DOCUMENTS REGARDING REQUEST TO ADMIT FACTS AND MOTION RELATING TO PRODUCTION OF PARTICIPANT QUESTIONAIRES | 6.00 hrs. | 2,040.00 |
| 04/13/2007 | WMS | REVIEW DOCUMENTS CITED IN RULE 26.1 STATEMENT OF FACTS; RESEARCH CASES(2.3) AND O/C TJR TO DEVELOPMENT ARGUMENTS FOR RESPONSE TO MOTION FOR SUMMARY JUDGMENT(.3) | 2.60 hrs. | 845.00 |
| 04/16/2007 | TJR | OUTLINE DEFAMATION STANDARD, CONTACT CLIENT FOR FURTHER TRANSCRIPTS,(3.1) | 3.10 hrs. | 1,054.00 |
| 04/16/2007 | WMS | REVIEW E-MAIL FROM CLIENT RE COMMENTS ON STATEMENT OF UNDISPUTED FACTS | 0.30 hrs. | 97.50 |
| 04/17/2007 | WMS | RESEARCH RE NEED TO SUBMIT EVIDENCE FOR RECORD TO ESTABLISH FACT ISSUES REGARDING MALICE; | 3.60 hrs. | 1,170.00 |
| 04/18/2007 | WMS | REVIEW AND SUMMARIZE QT | 2.00 hrs. | 650.00 |

COMPLAINT; PERFORM ANALYSIS OF
POTENTIAL BASES FOR OPPOSING
MOTION FOR SUMMARY JUDGMENT;
REVIEW RECENT BANKRUPTCY
OPINION PROVIDED BY LJT SETTING
OUT LEGAL STANDARD APPLICABLE
TO SUMMARY JUDGEMENT MOTION

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 04/19/2007 | WMS | REVIEW AND RESPOND TO TJR E-MAIL RE MEMO OUTLINING ISSUES RELATED TO SUMMARY JUDGMENT MOTION;(.2) WORK ON COMMENTS ON ISSUES MEMO;(3.2) T/CS TJR RE SAME;(.4) T/C AND O/C TJR AND LJT RE OBTAINING TRANSCRIPTS FROM FTC AND CASEY CASES;(.2) REVIEW E-MAIL FROM C. PARK RE SAME(.1) | 4.10 hrs. | 1,332.50 |
| 04/20/2007 | WMS | WORK ON ISSUES OUTLINE MEMO; RESEARCH CASE LAW FOR RESPONSE; T/CS TJR RE MEMO;(2.4) T/CS AND O/C LJT RE DEPOSITION DISCS;(.2) E-MAIL MEMO TO CLIENT(.1) | 2.70 hrs. | 877.50 |
| 04/23/2007 | WMS | O/C AND T/C TJR AND LJT RE EFFORTS TO OBTAIN DEPOSITION TRANSCRIPTS;(.3) E-MAILS TO TJR AND T. BREZECK RE ACCESS TO DISCS; REVIEW VIDEO DEPOSITION CD(.6) | 0.90 hrs. | 292.50 |
| 04/24/2007 | DCG | AGREED/JOINT MOTION FOR TURNOVER OF FILES, JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL, NOTICES AND PROPOSED ORDERS FOR SAME | 0.80 hrs. | 164.00 |
| 04/24/2007 | WMS | REVIEW CITED AUTHORITY AND SUMMARIZE LEGAL ANALYIS OF ISSUES IN MEMO | 2.60 hrs. | 845.00 |
| 04/25/2007 | TJR | REVIEW FELDSTEIN FTC TRIAL TESTIMONY,(2.9) T/C FELDSTEIN,(.6) T/CS ATTY KIMBAROVSKY,(.5) | 4.00 hrs. | 1,360.00 |
| 04/25/2007 | WMS | O/C TJR RE CASE LAW ANALYSIS FOR RESPONSE TO MOTION;(.4) WORK ON SUMMARY OF CRITICAL ELEMENTS IN CITED AUTHORITIES; REVIEW DEPOSITION TRANSCRIPTS(4.2) | 4.60 hrs. | 1,495.00 |
| 04/26/2007 | TJR | DRAFT INTRODUCTION TO RESPONSE TO SJ MOTION,(1.9) REVIEW DOCKET AND MOTIONS FOR EXTENSION REGARDING STATUS OF DISCOVERY, SCOPE OF MOTION,(1.9) T/CS ATTY | 5.50 hrs. | 1,870.00 |

| Date | | | Hours | Amount |
|---|---|---|---|---|
| | | REGARDING RELEASE OF FILES,(.6) T/C CLIENT REGARDING STATUS OF RESPONSE(1.1) AND T/C W FELDSTEIN(1.0) | | |
| 04/26/2007 | WMS | WORK ON MEMO SUMMARIZING KEY ASPECTS OF CASE LAW ON PUBLIC FIGURE CHARACTRERISTICS SUPPORTING APPLICATION OF MALICE STANDARD | 5.20 hrs. | 1,690.00 |
| 04/27/2007 | TJR | INSPECTION OF FILES AT UNGARETTI OFFICE,(3.0) O/C LJT AND WMS REGARDING DEMAND FOR COPIES,(.4) T/CS PARALEGAL REGARDING PRODUCTION, (.5)CONTINUE REVIEW OF TESTIMONY(1.2) | 7.50 hrs. | 2,550.00 |
| 04/27/2007 | WMS | WORK ON MEMO SUMMARIZING CASE LAW;(1.0) O/C TJR RE RESPONSE TO MOTION;(.3) EXAMINE DOCUMENTS AT UNGARETTI'S OFFICE;(3.4) | 4.70 hrs. | 1,527.50 |
| 04/30/2007 | TJR | O/C WMS REGARDING DRAFT RESPONSE,(.5) WORK ON RESPONSE(4.5) CONTINUE REVIEW OF DEPOSTION OF BRATTON(1.5) | 6.50 hrs. | 2,210.00 |
| 04/30/2007 | WMS | WESTLAW RESEARCH RE APPLICATION OF PUBLIC FIGURE MALICE STANDARD TO COMPETITIVE PARTIES;(3.4) | 3.40 hrs. | 1,105.00 |
| 05/01/2007 | TJR | WORK ON RESPONSE TO MOTION FOR SUMMARY JUDGMENT INCLUDING ANALYSIS OF CASE REGARDING COMPETITION, COMMERCIAL SPEECH | 6.50 hrs. | 2,210.00 |
| 05/01/2007 | WMS | O/C TJR RE COORDINATION RESPONSE TO MOTION FOR PARTIAL SUMMARY JUDGMENT; RESEARCH RE SAME;(.3) WORK ON RESPONSE;(3.1) REVIEW E-MAIL FROM C. PARK RE COMMENTS ON INTIAL DRAFT(.2) | 3.60 hrs. | 1,170.00 |
| 05/02/2007 | TJR | DRAFT RESPONSE TO RULE 56 STATEMENT OF FACTS,(2.6) ADDITIONAL FACTS, WORK ON RESPONSE,(4.5) REVIEW RECORD FOR CITATIONS TO FACTS, CONTACT COURT REGARDING ORDER OF SUBSTITUTION(.4) | 7.50 hrs. | 2,550.00 |
| 05/02/2007 | WMS | LEGAL RESEARCH RE COMMERCIAL SPEECH FOR RESPONSE TO MOTION FOR SUMMARY JUDGMENT; WORK ON | 6.20 hrs. | 2,015.00 |

| 05/03/2007 | LJT | CONFERENCE WITH CHARLES PARK RE: MAYO STATUS; CONFERENCE WITH TSB AND WMS (.9) | 0.90 hrs. | 315.00 |
|---|---|---|---|---|
| 05/03/2007 | TJR | WORK ON DRAFT OF RESPONSE TO MOTION,(4.2) O/C WMS REGARDING NON-COMMERCIAL SPEECH CASES,(.5) ORGANIZE EVIDENTIARY MATERIAL SUPPORTING RESPONSE(1.7) | 6.40 hrs. | 2,176.00 |
| 05/03/2007 | WMS | WORK ON RESPONSE TO MOTION FOR PARTIAL SUMMARY JUDGMENT AND RULE 56.1 STATEMENT OF FACTS;(2.8) O/CS WITH TJR AND LJT RE SAME;(.4) T/C C. PARK RE AFFIDAVIT AND RESPONSES;(.3) E-MAIL TO C. PARK RE DRAFT (.1)RESPONSE | 3.60 hrs. | 1,170.00 |
| 05/04/2007 | TJR | FINALIZE RESPONSE TO MOTION FOR SUMMARY JUDGMENT,(5.0) DRAFT DECLARATION,(.3) T/C S CLIENT,(.5) ORGANIZE DEPOSTION TRANSCRIPTS(1.5) | 7.30 hrs. | 2,482.00 |
| 05/04/2007 | WMS | WORK ON REPONSE TO MOTION FOR SUMMARY JUDGMENT AND RESPONSE TO RULE 56.1 STATEMENT OF UNDISPUTED FACTS;(6.1) CONFERENCE CALL WITH TJR AND C. PARK RE SAME(.7) | 3.80 hrs. | 1,235.00 |
| 05/07/2007 | WMS | REVIEW E-MAIL FROM MAYO ATTORNEY RE RESCHEDULING OF STATUS HEARING; REVIEW TJR E-MAIL RE SAME | 0.20 hrs. | 65.00 |
| 05/08/2007 | WMS | REVIEW E-MAIL FROM MAYO ATTORNEY RE NEW DATE FOR STATUS HEARING; REVIEW TJR E-MAIL RESPONSE RE SAME | 0.20 hrs. | 65.00 |
| 05/09/2007 | WMS | REVIEW E-MAIL FROM TJR RE NEW STATUS HEARING DATE;(.1) REVIEW E-MAIL FROM T. BRZECZECK RE REQUEST FOR FILED DOCUMENTS(.1) | 0.20 hrs. | 65.00 |
| 05/10/2007 | WMS | REVIEW E-MAIL FROM T. BRZECZEK RE FINAL DOCUMENTS;(.1) ASSEMBLE DOCUMENTS AND E-MAIL TO T. BREZECK TRANSMITTING FINAL RESPONSE TO MOTION FOR PARTIAL SUMMARY JUDGMENT AND RELATED SUPPORTING(.3) DOCUMENTS | 0.40 hrs. | 130.00 |

| | | | | |
|---|---|---|---|---|
| 05/25/2007 | WMS | REVIEW MAYO REPLY ELECTRONIC FILING;(1.0) E-MAIL SAME TO TJR; E-MAIL MAYO REPLY DOCUMENTS TO C. PARK AND T. BRZECZEK(.1) | 1.10 | hrs. | 357.50 |
| 05/29/2007 | WMS | REVIEW MAYO REPY DOCUMENTS AND LEGAL RESEARCH RE AUTHORITES CITED IN MAYO REPLY | 1.40 | hrs. | 455.00 |
| 05/31/2007 | TJR | REVIEW MAYO REPLY AND T/C T BREZCEK | 0.70 | hrs. | 238.00 |
| 05/31/2007 | WMS | FURTHER REVIEW OF MAYO REPLY IN SUPPORT OF PARTIAL SUMMARY JUDGMENT MOTION; REVIEW CASE LAW AUTHORITY CITED IN MAYO REPLY AND LEXCITE CASES;(1.6) O/C TJR RE MAYO REPLY ARGUMENTS(.2) | 1.80 | hrs. | 585.00 |
| 06/05/2007 | WMS | WESTLAW RESEARCH RE AUTHORITIES CITED IN MAYO REPLY INCLUDING RESULT ON REMAND AND SECOND APPEAL OF COMMODITY TREND SERVICE CASE; REVIEW KEYCITE CASE WITH CITING REFERENCES TO COMMERCIAL SPEACH ISSUE | 1.10 | hrs. | 357.50 |
| 06/06/2007 | WMS | O/C TJR RE ANALYSIS OF AUTHORITIES CITED IN MAYO REPLY AND PREPARATION FOR STATUS HEARING | 0.20 | hrs. | 65.00 |
| 06/12/2007 | WMS | REVIEW DECISION IN FTC COMPLAINT CASE FOR ANALYSIS OF LITIGATION PLAN IN ANTICIPATION OF STATUS HEARING; | 1.10 | hrs. | 357.50 |
| 06/13/2007 | WMS | O/CS TJR AND LJT STATUS OF TRUSTEE APPOINTMENT AND DISCOVERY PLAN FOR STATUS HEARING | 0.30 | hrs. | 97.50 |
| 06/14/2007 | WMS | REVIEW APPELLANT BRIEF FOR LIABLITY AND DAMAGE ISSUES RELATED TO CLAIM AGAINST MAYO; O/C LJT RE TRUSTEE APPOINTMENT AND IMPACT ON MAYO LITIGATION | 1.20 | hrs. | 390.00 |
| 06/15/2007 | WMS | REVIEW APPELLANTS' BRIEF AS IT RELATES TO LIABILITY AND DAMAGE ISSUES IN DEFAMATION CLAIMS V. MAYO; | 1.50 | hrs. | 487.50 |
| 06/20/2007 | LJT | CORRESPONDENCE WITH CLIENT RE MAYO STATUS (.2), CONFERENCE WITH TJR RE MAYO STATUS (.2) | 0.40 | hrs. | 140.00 |

MATTER TOTAL

$50,169.50

| **GGGGG** | **FTC APPEAL** | | | | |
|---|---|---|---|---|---|
| 03/14/2007 | LJT | TELEPHONE WITH T. BRZECZEK AND FTC LAWSUIT AND APPEAL (.4) TELEPHONE WITH WENDY EPSTEIN RE MOTION TO EMPLOY, HEARING AND ORDER (.3), | 0.70 | hrs. | 245.00 |
| 03/26/2007 | LJT | REVIEW NOTICE OF APPEAL (.2) | 0.20 | hrs. | 70.00 |
| 04/13/2007 | LJT | CORRESPONDENCE FROM EPSTEIN RE SETTLEMENT HEARING (.2 | 0.20 | hrs. | 70.00 |
| 04/18/2007 | LJT | TELEPHONE CONFERENCE WITH KIRKLAND AND ELLIS, FTC AND 7TH CIRCUIT APPELLATE MEDIATOR, | 1.50 | hrs. | 525.00 |
| 04/27/2007 | LJT | TELEPHONE FROM WENDY EPSTEIN RE TRIAL EXHIBITS (.2) | 0.20 | hrs. | 70.00 |
| 05/04/2007 | LJT | DRAFT MOTION AND ORDER FOR TURNOVER OF TRIAL EXHIBIT (1.1) | 1.10 | hrs. | 385.00 |
| 05/18/2007 | LJT | CORRESPONDENCE TO WENDY EPSTEIN RE FEE PETITIONS (.3) | 0.30 | hrs. | 105.00 |
| | | MATTER TOTAL | | | $1,470.00 |

| **HHHHH** | **PENDING LAWSUITS** | | | | |
|---|---|---|---|---|---|
| 02/26/2007 | LJT | COURT APPEARANCE BEFORE JUDGE DENLOW (0.9) | 0.90 | hrs. | 315.00 |
| 03/02/2007 | DCG | TELEPHONE CONFERENCE WITH COUNSEL FOR AREZINA REGARDING BANKRUPTCY AUTOMATIC STAY AND PENDING LAWSUIT; TELEPHONE CONFERENCE WITH LJT REGARDING SAME; REVIEW FILE REGARDING SAME | 0.80 | hrs. | 164.00 |
| 03/06/2007 | LJT | COURT APPEARANCE BEFORE JUDGE DENLOW RE FTC MOTION TO DISGORGE ATTORNEY FEES (1.0); RESEARCH AND PREPARATION FOR COURT APPEARANCE (1.2); CONFERENCE WITH MCW RE COURT APPEARANCE ON STATUS (.3) | 2.50 | hrs. | 875.00 |
| 03/08/2007 | MCW | TRAVEL TO FEDERAL COURT FOR STATUS ON CLARUS V. QT; APPEAR ON BEHALF OF CLIENT REGARDING SAME AND ADVISE COURT OF BANKRUPTCIES | 0.80 | hrs. | 136.00 |
| 03/15/2007 | LJT | RECEIPT AND REVIEW OF JUDGE DENLOW ORDER DENYING | 0.60 | hrs. | 210.00 |

DISGORGEMENT OF UNEARNED
ATTORNEY FEES, CONFERENCE WITH
CLIENT RE SAME (.6)

| | | | | | |
|---|---|---|---|---|---|
| 03/23/2007 | LJT | PREPARE AND FILE APPEARANCE IN FTC V. QT, INC. FEDERAL CASE (.9) | 0.90 | hrs. | 315.00 |
| 04/19/2007 | LJT | CONFERENCE CALL WITH MCW RE: COVERING MATTER BEFORE JUDGE PALLMEYER (.3); CORRESPONDENCE FROM CLIENT RE: CASEY APPEAL IN STATE COURT (3); RESEARCH RE AUTOMATIC STAY AND NON-DEBTOR PURSUING APPEAL (.8) | 1.40 | hrs. | 490.00 |
| 04/19/2007 | MCW | TRAVEL TO FEDERAL COURT; APPEAR IN COURT REGARDING STATUS ON CLARUS V. QT, INC, ET,AL | 0.70 | hrs. | 119.00 |

MATTER TOTAL $2,624.00

**IIIII**        **FEDERAL TRADE COMMISSION**

| | | | | | |
|---|---|---|---|---|---|
| 03/20/2007 | LJT | RECEIPT AND REVIEW OF FTC ATTORNEY HOPPOCK CORRESPONDENCE RE OBJECTIONABLE ADVERTISING AND COMPLIANCE WITH COURT ORDER; FORWARD SAME TO CLIENT (.6) | 0.60 | hrs. | 210.00 |
| 03/21/2007 | LJT | CORRESPONDENCE AND TELEPHONE WITH CUTTLER AND CLIENT RE RESPONSE TO HOPPOCK 3/20 LETTER (.5); CONFERENCE TJR RE RESPONSE (.3 | 0.80 | hrs. | 280.00 |
| 03/21/2007 | TJR | O/C LJT, REVIEW CORRESPONDENCE FROM FTC AND CLIENT SUPPORT DOCUMENTATION, AND DRAFT RESPONSE | 1.80 | hrs. | 612.00 |
| 03/22/2007 | LJT | CORRESPONDENCE TO HOPPOCK, FTC ATTORNEY, IN RESPONSE TO 3/20 CORRESPONDENCE AND WITHDRAWAL OF ADVERTISING; TELEPHONE WITH CLIENT AND CORRESPONDENCE WITH BARRY CUTTLER RE SAME (1.2) | 1.20 | hrs. | 420.00 |
| 03/28/2007 | LJT | TELEPHONE WITH ED GLENSON RE: SCHEDULES AND §341 MEETING (.3) | 0.30 | hrs. | 105.00 |
| 04/12/2007 | LJT | RECEIPT OF FTC SUBPOENAS (.6) | 0.60 | hrs. | 210.00 |
| 04/24/2007 | LJT | CORRESPONDENCE FROM HOPPOCK FTC SENT TO CLIENT (.4) | 0.40 | hrs. | 140.00 |
| 05/31/2007 | LJT | TELEPHONE WITH LES OTTENHEIMER RE: SETTLEMENT WITH FTC (.3); | 1.00 | hrs. | 350.00 |

CONFERENCE CALL WITH EXAMINER
RE: MEETING WITH FTC (.3)

| 06/06/2007 | LJT | TELEPHONE WITH JEANNE CROUSE RE: SETTLEMENT; TELEPHONE WITH CLIENT RE SAME (.5); TO EXAMINER RE SAME (.5) | 1.00 | hrs. | 350.00 |

MATTER TOTAL $2,677.00

## JJJJJ      COURT APPOINTED EXAMINER

| 03/29/2007 | LJT | RECEIPT AND REVIEW MOTION FOR APPOINTMENT OF TRUSTEE (.4) SEND TRUSTEE MOTION TO CLIENT AND TELEPHONE CONFERENCE WITH CLIENT RE SAME (.5) | 0.90 | hrs. | 315.00 |
| 04/02/2007 | LJT | CONFERENCE WITH CLIENT RE TRUSTEE MOTION AND PREPARATION (.5) | 0.50 | hrs. | 175.00 |
| 04/05/2007 | LJT | COURT APPEARANCE ON MOTION FOR TRUSTEE (1.0); CONFERENCE WITH FTC AND US TRUSTEE RE EXAMINER (.4) | 1.40 | hrs. | 490.00 |
| 04/05/2007 | LJT | CONFERENCE CALL WITH CLIENT OTTENHEIMER, CUTLER RE EXAMINER (.5) | 0.50 | hrs. | 175.00 |
| 04/06/2007 | LJT | TELEPHONE WITH CROUSE, OTTENHEIMER AND TRUSTEE RE: APPOINTMENT OF TRUSTEE (.8) | 0.80 | hrs. | 280.00 |
| 04/09/2007 | LJT | VARIOUS TELEPHONE CALLS WITH FTC/UST RE EXAMINER APPOINTMENT (.4) | 0.40 | hrs. | 140.00 |
| 04/10/2007 | LJT | RECEIPT OF EXAMINER MOTION (.2) TELEPHONE WITH CLIENT RE EXAMINER (.3) TELEPHONE WITH FTC/CROUSE RE EXAMINER (.2) | 0.70 | hrs. | 245.00 |
| 04/10/2007 | LJT | CONFERENCE WITH CROUSE AND GULDEN RE REVISIONS TO EXAMINER ORDER (.6) | 0.60 | hrs. | 210.00 |
| 04/17/2007 | LJT | COURT APPEARANCE ON EXAMINER MOTION (1.0) MEETING WITH FTC ATTORNEYS RE TURNOVER OF TAX RETURNS AND EXAMINER APPOINTMENT (.7) | 1.70 | hrs. | 595.00 |
| 04/20/2007 | LJT | CALL WITH CAMERON GULDEN RE EXAMINER SUGGESTIONS (.3); CALL WITH OTTENHEIMER RE EXAMINER (.3) | 0.60 | hrs. | 210.00 |

| 04/25/2007 | LJT | TELEPHONE FROM US TRUSTEE RE NEW EXAMINER (.2) TELEPHONE WITH CLIENT RE EXAMINER APPOINTMENT (.3) | 0.50 hrs. | 175.00 |
| 04/26/2007 | LJT | TELEPHONE WITH EXAMINER, TELEPHONE WITH CLIENT; TELEPHONE WITH LES OTTENHEIMER RE MEETING ON 4/30/07 (.8) | 0.80 hrs. | 280.00 |
| 04/27/2007 | LJT | TELEPHONE WITH TIM BRZECZEK RE EXAMINER REQUEST FOR DOCUMENTS AND MEETING WITH EXAMINER (.8) MEETING WITH ROSS SILVERMAN AND FOUR OTHER ATTORNEYS AT KATTEN LAW OFFICE (5.11) | 5.90 hrs. | 2,065.00 |
| 05/03/2007 | DCG | PREPARE DOCUMENTS TO BE PRODUCED FOR DUPLICATION/COPYING; CREATE "SLIP SHEETS" FOR PRODUCTION OF DOCUMENTS; OFFICE CONFERENCE WITH LJT REGARDING SAME | 1.50 hrs. | 307.50 |
| 05/03/2007 | LJT | COURT APPEARANCE ON MOTION TO APPOINT EXAMINER (1.0) | 1.00 hrs. | 350.00 |
| 05/03/2007 | LJT | CONFERENCE WITH DG RE COPIES OF DOCUMENTS (.2) | 0.20 hrs. | 70.00 |
| 05/04/2007 | DCG | FILE MOTION FOR TURNOVER VIA CM/ECF PER LJT REQUEST; ARRANGE FOR DUPLICATION OF ADDITIONAL QT/Q-RAY DOCUMENTS TO KATEN MUCHIN | 3.50 hrs. | 717.50 |
| 05/04/2007 | LJT | RECEIPT OF BRIEF; REVIEW OF DOCUMENTS REQUESTED BY EXAMINER (.6) | 0.60 hrs. | 210.00 |
| 05/07/2007 | LJT | TELEPHONE WITH CLIENT RE DOCUMENTS TO BE PRODUCED TO EXAMINER (.4); REVIEW ALL PAST TAX RETURNS AND LEDGERS BEING PRODUCED (1.4) | 1.80 hrs. | 630.00 |
| 05/09/2007 | LJT | RECEIVE AND REVIEW OF PARK CORRESPONDENCE TO BE SENT TO EXAMINER (.4); CORRESPONDENCE TO LES OTTENHEIMER RE SAME (.2) | 0.60 hrs. | 210.00 |
| 05/11/2007 | LJT | TELEPHONE WITH TIM BRZECZEK RE MEETING AT LESS OTTENHEIMER OFFICE;(.2) TELEPHONE WITH LES RE MEETING(.2) | 0.40 hrs. | 140.00 |
| 05/16/2007 | LJT | TELEPHONE WITH EXAMINER RE | 3.00 hrs. | 1,050.00 |

CONFERENCE DOUG GIESE RE: COPIES
AND DELIVERY (.); MEETING WITH
CLIENT AND LES OTTENHEIMER AT QT
OFFICES (2.5)

| Date | | Description | Hours | | Amount |
|------|------|-------------|-------|------|--------|
| 05/18/2007 | LJT | CORRESPONDENCE FROM EXAMINER RE: ALL EMAILS BETWEEN HIM AND LES OTTENHEIMER REGARDING CHINESE BANK ACCOUNT (.5) | 0.50 | hrs. | 175.00 |
| 05/21/2007 | LJT | CORRESPONDENCE FROM EXAMINER CORRESPONDENCE TO EXAMINER CONFERENCE CALL RE: CHINESE BANK ACCOUNTS AND SECTION 345 COMPLIANCE (1.0) | 1.00 | hrs. | 350.00 |
| 05/25/2007 | LJT | TELEPHONE WITH OTTENHEIMER RE MEETING AND DOCUMENTS (.4); TELEPHONE WITH TIM BRZECZEK RE: REPORTS AND EXAMINER'S REQUEST FOR DOCUMENTS (.6) | 1.10 | hrs. | 385.00 |
| 05/29/2007 | LJT | RECEIPT OF DOCUMENTS FROM CLIENT BY EXAMINER, REVIEW COPY AND DELIVER TO EXAMINER (.6); RECEIPT OF CORRESPONDENCE FROM EXAMINER RE: ADDITIONAL DOCUMENTS REQUESTED FORWARD SAME TO CLIENT; TELEPHONE WITH CLIENTS RE SAME (.9) | 1.50 | hrs. | 525.00 |
| 05/30/2007 | LJT | TELEPHONE WITH ROSS SILVERMAN RE MEETING AND ATTEND MEETING WITH EXAMINER AND CLIENT | 6.40 | hrs. | 2,240.00 |
| 06/01/2007 | LJT | CORRESPONDENCE FROM EXAMINER ATTORNEY RE ADDITIONAL DOCUMENTS; FORWARD TO CLIENT AND DISCUSS WITH CLIENT | 0.60 | hrs. | 210.00 |
| 06/04/2007 | LJT | RECEIPT AND REVIEW OF ADDITIONAL DOCUMENTS (.4); FORWARD TO EXAMINER (.2) | 0.60 | hrs. | 210.00 |
| 06/07/2007 | LJT | MEETING WITH CLIENT AND EXAMINER REVIEW AND DISCUSS REPORT (3.7); CORRESPONDENCE TO EXAMINER WITH ADDITIONAL DOCUMENTS (.3) | 4.00 | hrs. | 1,400.00 |
| 06/08/2007 | LJT | RECEIPT AND REVIEW EXAMINER REPORT (.8); FORWARD TO CLIENTS AND DISCUSS SAME (.7) | 1.50 | hrs. | 525.00 |
| 06/11/2007 | LJT | CORRESPONDENCE FROM LES | 1.90 | hrs. | 665.00 |

OTTENHEIMER RE: HIS COMMENTS FOR
RESPONSE TO EXAMINER REPORT (.3);
TELEPHONE WITH CLIENTS RE
EXAMINERS REPORT AND RESPONSE
(.5) BEGIN DRAFT OF RESPONSE (.9);
TELEPHONE WITH JEANNE CROUSE RE:
REPORT (.2)

| 06/12/2007 | LJT | TELEPHONE WITH CLIENT RE INFORMATION FOR RESPONSE TO REPORT AND NEW ATTORNEY FOR DR. PARK (.6); TELEPHONE WITH LES OTTENHEIMER RE RESPONSE TO REPORT (.3) DRAFT RESPONSE (.9) | 1.80 hrs. | 630.00 |
|---|---|---|---|---|
| 06/13/2007 | LJT | FINALIZE AND FILE RESPONSE TO EXAMINER'S REPORT (1.3) TELEPHONE WITH CLIENTS RE REVIEW OF RESPONSE (.4) | 1.70 hrs. | 595.00 |
| 06/14/2007 | LJT | MEETING WITH CLIENTS AND COURT APPEARANCE ON EXAMINER'S REPORT (1.4) MEETING WITH CHARLES PARK, TIM BRZECZEK, LES OTTENHEIMER AND DR. PARK (BY TELEPHONE) RE 2:00 HEARING ON APPOINTMENT OF TRUSTEE (.5) AND CONSENT TO APPOINTMENT OF TRUSTEE (2.8) TELEPHONE TO SANDRA RASNAK AND KATHERINE GLEASON (TWICE) RE TRUSTEE HEARING AND DEBTOR'S CONSENT TO TRUSTEE (.4); COURT APPEARANCE ON TRUSTEE ORDER (.8); TELEPHONE WITH CLIENT RE PAYROLL AND OTHER EXPENSES (.3) | 5.70 hrs. | 1,995.00 |
| 06/15/2007 | LJT | CORRESPONDENCE WITH fTC AND US TRUSTEE ATTORNEYS RE: APPROVED INTERIM EXPENSES (.5); TELEPHONE AND CORRESPONDENCE TO CLIENT RE: APPROVED PAYROLL LIST AND COPIES OF US TRUSTEE EMAIL (.6); CONFERENCE CALL WITH US TRUSTEE RE: TRUSTEE NOMINATIONS (.5) | 1.10 hrs. | 385.00 |
| 06/20/2007 | LJT | CORRESPONDENCE TO EXAMINER RE RETURN OF PRIVILEGED DOCUMENTS (.3) | 0.30 hrs. | 105.00 |

MATTER TOTAL $19,435.00

**KKKKK**   **TRANSITION WITH COURT APPOINTED TRUSTEE**

| 06/20/2007 | LJT | MEETING AT CLIENTS OFFICE WITH | 3.10 hrs. | 1,085.00 |
|---|---|---|---|---|

TRUSTEE, JOHN WHEELER AND
CLIENTS RE TRANSITION (3.1)

| 06/22/2007 | LJT | TELEPHONE WITH CLIENT RE APPEAL STATUS AND CONTINUED FULL COOPERATION WITH TRUSTEE (.3) | 0.30 hrs. | 105.00 |
|---|---|---|---|---|
| 06/28/2007 | LJT | TELEPHONE WITH CHARLES RE RESIGNATION FROM COMPANY (.4) | 0.40 hrs. | 140.00 |
| 06/29/2007 | LJT | TELEPHONE WITH CHARLES RE RESIGNATION AND OTHER MOTIONS | 1.10 hrs. | 385.00 |
| 08/03/2007 | LJT | CORRESPONDENCE TO CATHY STEEGE RE SPREAD SHEETS ON PATENTS AND TRADEMARKS | 0.30 hrs. | 105.00 |
| 08/28/2007 | LJT | TELEPHONE WITH ILLINOIS DEPARTMENT OF REVENUE RE: TAX RETURNS (.2) | 0.20 hrs. | 70.00 |

MATTER TOTAL $1,890.00

CLIENT TOTAL $109,964.50

| GIESE, DOUGLAS C. | 6.60 | 205.00 | $1,353.00 |
|---|---|---|---|
| MOON, KATHERINE H. | 3.20 | 170.00 | $544.00 |
| RIORDAN, TIMOTHY J. | 65.40 | 340.00 | $22,236.00 |
| SEIDEL, W. MICHAEL | 76.50 | 325.00 | $24,862.50 |
| TODHUNTER, L. JUDSON | 168.80 | 350.00 | $59,080.00 |
| WASSERMAN, MATTHEW | 1.50 | 170.00 | $255.00 |
| WISER, STEVEN L. | 7.60 | 215.00 | $1,634.00 |
|  | 329.60 |  | $109,964.50 |

DISBURSEMENTS:

| XEROX COPIES | $858.45 |
|---|---|
| FILING FEES | $2,078.00 |
| LEXIS RESEARCH | $40.64 |
| MESSENGER SERVICE | $14.40 |
| MISCELLANEOUS CHARGES | $133.93 |
| POSTAGE | $293.22 |
| TELECOPIER CHARGES | $353.90 |
| UCC CHARGES | $210.50 |
| WESTLAW RESEARCH | $101.76 |
| TOTAL DISBURSEMENTS | $4,084.80 |

Billing Summary

| Total professional services | $109,964.50 |
|---|---|
| Total expenses incurred | $4,084.80 |

----------------

Total of new charges for this invoice $114,049.30

----------------

**Total balance now due** $114,049.30