THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 07-03227 |
| QT, INC. | ) | Hon Eugene R. Wedoff |
| Debtor. | ) | Hearing Date: December 12, 2007 |
| | ) | Hearing Time: 9:30 A.M. |

**SUPPLEMENT TO DEFREES & FISKE FINAL APPLICATION FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

L. Judson Todhunter and the law firm of Defrees & Fiske ("Applicant") files this Supplement to its Fee Petition filed on November 21, 2007 and in support thereof states as follows:

1. Subsequent to the filing of its Fee Petition, Applicant was contacted by the United States Trustee's Office concerning their comments on the fee request, including limited instances of lumping of time, fees charged for travel to court and the costs sought to be reimbursed for photocopying expenses.

2. In response to the United States Trustee's Office concerns, Applicant has reviewed its Fee Petition and itemized time entries and has attached hereto as Exhibit A certain amended itemized time entries "delumping" the time entries of Steven L. Wiser and Douglas Giese.

3. The United States Trustee's Office also identified two time entries of Matthew Wasserman which included the language "travel to court". By this supplement the Applicant reduces its request for compensation in the amount of $78 representing .2 hours in each instance of Matthew Wasserman's time. This reduction reduces the request for compensation to $109,786.50.

264524.1

4.  The Applicant also amends its request for reimbursement of expenses to accurately reflect its charge for photocopies to equal ten cents per page. This reduces the Application for Reimbursement and Expenses by the sum of $286.15 and thereby amends its request for reimbursement of expenses to the amount of $3,798.65.

    Respectfully submitted

    DEFREES & FISKE

By:   /s/ L. Judson Todhunter
      One of its attorneys

L. Judson Todhunter (ARDC# 2840510)
Douglas C. Giese (ARDC# 6242075)
DEFREES & FISKE
200 S. Michigan Ave., Suite 1100
Chicago, IL 60604
Telephone:    (312) 372-4000
Facsimile:    (312) 939-5617

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/21/2007 | SLW | DETAILED REVIEW OF TRADEMARK FILES(1.0); OFFICE CONFERENCE WITH PHIL RE: OBTAINING STATUS SHEETS(.2); BEGIN COMPILATION AND ANALYSIS OF STATUS SHEETS TO CREATE SPECIALIZED QT, INC. TRADEMARK DOCKET(.8); OFFICE CONFERENCE WITH ATTORNEY L. JUDSON TODHUNTER RE: SAME(.2) | 2.20 hrs. | 473.00 |
| 05/29/2007 | SLW | COMPLETE REVIEW AND ANALYSIS OF PENDING OFFICE ACTIONS AND TRADEMARK DOCKET SHEET(1.1); TELEPHONE CALL TO PATENT ATTORNEY OFFICE(.3); CONFERENCE WITH ATTORNEY L. JUDSON TODHUNTER(.1) | 1.50 hrs. | 322.50 |
| 05/30/2007 | SLW | COMPLETE REVIEW OF PENDING OFFICE ACTIONS(1.3); TELEPHONE CALL TO PATENT ATTORNEY, MIKE BANIAK RE: PATENT FILE REVIEW(.2) | 1.50 hrs. | 322.50 |
| 03/02/2007 | DCG | TELEPHONE CONFERENCE WITH COUNSEL FOR AREZINA REGARDING BANKRUPTCY AUTOMATIC STAY AND PENDING LAWSUIT(.4); TELEPHONE CONFERENCE WITH LJT REGARDING SAME(.1); REVIEW FILE REGARDING SAME(.3) | 0.80 hrs. | 164.00 |
| 03/08/2007 | MCW | APPEAR ON BEHALF OF CLIENT REGARDING SAME AND ADVISE COURT OF BANKRUPTCIES | 0.80 hrs. | 136.00 |
| 04/19/2007 | MCW | APPEAR IN COURT REGARDING STATUS ON CLARUS V. QT, INC, ET,AL | 0.50 hrs. | 85.00 |
| 05/03/2007 | DCG | PREPARE DOCUMENTS TO BE PRODUCED FOR DUPLICATION/COPYING(1.2); CREATE "SLIP SHEETS" FOR PRODUCTION OF DOCUMENTS(.2); OFFICE CONFERENCE WITH LJT REGARDING SAME(.1) | 1.50 hrs. | 307.50 |
| 05/04/2007 | DCG | FILE MOTION FOR TURNOVER VIA CM/ECF PER LJT REQUEST(.2); ARRANGE FOR DUPLICATION OF ADDITIONAL QT/Q-RAY DOCUMENTS TO KATEN MUCHIN(3.3) | 3.50 hrs. | 717.50 |

EXHIBIT A