# Exhibit B

December 7, 2007

QT, Inc.
500 West Algonquin
Mt. Prospect, IL  60056

ATTN:  Timothy Brzeczek

**KIRKLAND & ELLIS LLP**
AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601
FEIN 36-1326630

Inv.# 3207993

IN THE MATTER OF    QT, Inc. Appeal
        File No:    15085-00001

| | |
|---|---|
| For legal services rendered through October 31, 2007 (see attached Description of Legal Services for detail) | $ 65,310.50 |
| For disbursements incurred through October 31, 2007 (see attached Description of Expenses for detail) | $ 1,012.78 |
| Total for legal services rendered and expenses incurred | $ 66,323.28 |

QT, Inc.
  1 QT, Inc. Appeal

Legal Services for the Period Ending October 31, 2007

### Individual Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Anthony J Casey | 3.60 | 465.00 | 1,674.00 |
| Wendy N Epstein | .60 | 395.00 | 237.00 |
| Wendy N Epstein | 57.00 | 435.00 | 24,795.00 |
| J Robert Robertson, P.C. | 3.20 | 685.00 | 2,192.00 |
| Brenton A Rogers | 9.30 | 355.00 | 3,301.50 |
| Brian D Sieve, P.C. | 6.10 | 675.00 | 4,117.50 |
| Helen E Witt, P.C. | 36.70 | 705.00 | 25,873.50 |
| Cara S Malcolm | 15.60 | 200.00 | 3,120.00 |
|  | 132.10 |  | $ 65,310.50 |

QT, Inc.
  1 QT, Inc. Appeal

Legal Services for the Period Ending October 31, 2007

### Description of Legal Services

| Date | Name | Hours | Description |
|---|---|---|---|
| 6/22/07 | Wendy N Epstein | .60 | Telephone conference with H. Witt re settlement (.2); telephone conference with J. Brittan and I. Abyad re settlement (.1); telephone conference with C. Park re settlement (.3). |
| 7/05/07 | Wendy N Epstein | .50 | Office conference with C. Steege, D. Oljenik and H. Witt re status of appeal. |
| 7/05/07 | Helen E Witt, P.C. | .90 | Prepare for and attend office conference with trustee and C. Stege re issues relating to appeal. |
| 7/16/07 | Wendy N Epstein | .50 | Review FTC's response brief. |
| 7/16/07 | Wendy N Epstein | .30 | Telephone conference with H. Witt re FTC's response brief and potential reply arguments. |
| 7/16/07 | Helen E Witt, P.C. | .30 | Telephone conference with W. Epstein re key issues for reply brief. |
| 7/16/07 | Helen E Witt, P.C. | 1.20 | Review FTC's appellate brief. |
| 7/20/07 | Wendy N Epstein | 3.00 | Research re reply brief. |
| 7/22/07 | Wendy N Epstein | 2.50 | Review opening brief and district court opinion and outline key themes for reply brief. |
| 7/23/07 | Wendy N Epstein | 5.00 | Review FTC response brief and outline reply brief. |
| 7/24/07 | Wendy N Epstein | 2.00 | Research re reply brief. |
| 7/24/07 | Wendy N Epstein | 7.00 | Draft portions of reply brief. |
| 7/24/07 | Brenton A Rogers | 3.30 | Research re reply brief. |
| 7/25/07 | Wendy N Epstein | 7.00 | Draft portions of reply brief. |
| 7/25/07 | Brenton A Rogers | 2.70 | Research re reply brief. |
| 7/26/07 | Wendy N Epstein | 7.00 | Draft and edit reply brief. |

QT, Inc.
 1 QT, Inc. Appeal

Legal Services for the Period Ending October 31, 2007

| Date | Name | Hours | Description |
|---|---|---|---|
| 7/26/07 | Brenton A Rogers | 1.30 | Review reply brief. |
| 7/27/07 | Cara S Malcolm | .80 | Prepare draft of reply brief to be checked at court in preparation for Monday's filing and arrange for delivery of same. |
| 7/27/07 | Wendy N Epstein | 2.00 | Edit reply brief. |
| 7/27/07 | Helen E Witt, P.C. | 1.20 | Review and revise draft of appellate reply brief. |
| 7/28/07 | Helen E Witt, P.C. | 2.70 | Review and revise draft reply brief. |
| 7/29/07 | Wendy N Epstein | 4.00 | Edit reply brief. |
| 7/30/07 | Cara S Malcolm | 6.00 | Review draft of reply brief of defendants-appellants and check cases cited in same for accuracy (1.0); check fact cites in same for accuracy, including transcript cites (2.6); review final version of reply brief and give attorney final edits (1.3); prepare all copies and assemble same in preparation for filing with court and for service (.8); scan filed briefs and draft correspondence re same (.3). |
| 7/30/07 | Wendy N Epstein | 5.00 | Complete final edits on reply brief and ready brief for filing. |
| 8/02/07 | Wendy N Epstein | 1.00 | Review recent news articles on the placebo effect. |
| 8/07/07 | Wendy N Epstein | .20 | Telephone conference with D. Olejnik re oral argument. |
| 8/28/07 | Wendy N Epstein | .30 | Correspond with A. Olejnik re oral argument. |
| 9/10/07 | Cara S Malcolm | .30 | Review recent documents and designate same for inclusion in case files re oral argument. |
| 9/12/07 | Cara S Malcolm | .10 | Arrange for H. Witt to sign oral argument card for court and delivery of same to court. |
| 10/01/07 | Cara S Malcolm | .30 | Locate Judge Denlow order regarding frozen assets for W. Epstein per A. Olejnik request. |
| 10/01/07 | Wendy N Epstein | .20 | Review notes from past settlement discussions (.1); telephone conference with A. Olejnik re |

QT, Inc.
 1 QT, Inc. Appeal

Legal Services for the Period Ending October 31, 2007

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | past settlement discussions (.1). |
| 10/02/07 | Cara S Malcolm | .30 | Update pleadings file and index of same (.1); update main file index (.2). |
| 10/03/07 | Cara S Malcolm | .80 | Pull index of key cases cited in Appellate briefing for W. Epstein review (.1); pull and organize all studies cited in the Joint Appendix from the Appellate briefing for H. Witt review for upcoming oral argument before the court and create index for same (.7). |
| 10/04/07 | Helen E Witt, P.C. | 1.20 | Prepare for appellate argument (review studies). |
| 10/08/07 | Cara S Malcolm | 4.40 | Pull cases designated by W. Epstein for addition to key case set from Appellate briefing (.8); pull designated statues and articles for inclusion in same (1.2); update index to same (.4); update attorney working sets of same (.4); create binder of non-key cases cited in appellate briefing per W. Epstein for use at upcoming hearing (1.6). |
| 10/08/07 | Wendy N Epstein | .50 | Identify key cases for oral argument. |
| 10/08/07 | Helen E Witt, P.C. | 1.30 | Prepare for oral argument in Seventh Circuit (review studies and record testimony re same). |
| 10/09/07 | Cara S Malcolm | .90 | Pull materials for use at moot oral argument per W. Epstein. |
| 10/09/07 | Cara S Malcolm | .60 | Pull statutes cited in appellate briefing designated as non-key and integrate same into binder of non-key cases for use at oral argument per attorney request (.3); update binder index with same (.3). |
| 10/11/07 | Cara S Malcolm | .20 | Conference with W. Epstein re preparation for moot argument (.1); prepare binders for moot judges' review (.1). |
| 10/12/07 | Cara S Malcolm | .40 | Complete creation of judges' binders of materials for moot argument in preparation for oral argument and circulate same. |
| 10/21/07 | Helen E Witt, P.C. | 3.00 | Prepare for oral argument (reading cases, |

QT, Inc.
 1 QT, Inc. Appeal

Legal Services for the Period Ending October 31, 2007

| Date | Name | Hours | Description |
|---|---|---|---|
|  |  |  | portions of record, portions of district court opinion). |
| 10/22/07 | Brian D Sieve, P.C. | 1.30 | Begin review of appellate briefs to prepare for oral argument. |
| 10/23/07 | Cara S Malcolm | .10 | Locate document designated by H. Witt from joint appendix for review for use in upcoming oral argument. |
| 10/23/07 | Brian D Sieve, P.C. | 1.30 | Continue review of briefs to prepare for oral argument. |
| 10/23/07 | Helen E Witt, P.C. | 3.80 | Prepare for oral argument. |
| 10/24/07 | Wendy N Epstein | 2.50 | Prepare for mock argument. |
| 10/24/07 | Wendy N Epstein | .50 | Prepare document for oral argument on notice of appeal. |
| 10/24/07 | Helen E Witt, P.C. | 2.20 | Prepare for appellate argument (review briefs). |
| 10/25/07 | Cara S Malcolm | .30 | Assist B. Rogers and W. Epstein with set up for moot argument in preparation for upcoming oral argument. |
| 10/25/07 | Wendy N Epstein | 2.00 | Participate in moot for 7th Circuit argument. |
| 10/25/07 | Anthony J Casey | 3.60 | Review briefs in preparation for oral argument. (1.1); office conference with K&E team in preparation for oral argument (2.0). |
| 10/25/07 | Brenton A Rogers | 2.00 | Attend moot argument. |
| 10/25/07 | J Robert Robertson, P.C. | 1.00 | Participant in moot. |
| 10/25/07 | J Robert Robertson, P.C. | 2.20 | Prepare for and attend moot. |
| 10/25/07 | Brian D Sieve, P.C. | 3.50 | Prepare for and participate in moot court with H. Witt, R. Robertson and team (1.5); prepare for oral argument (2.0). |
| 10/25/07 | Helen E Witt, P.C. | 2.00 | Prepare for appellate argument (review briefs, appendices). |
| 10/25/07 | Helen E Witt, P.C. | 2.00 | Participate in appellate argument moot court exercise. |

QT, Inc.
  1 QT, Inc. Appeal

Legal Services for the Period Ending October 31, 2007

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/28/07 | Helen E Witt, P.C. | 1.30 | Prepare for appellate argument (review cases, district court opinion on key issues). |
| 10/29/07 | Helen E Witt, P.C. | 2.30 | Prepare for appellate argument (review studies, testimony re studies, substantiation cases, district court opinion). |
| 10/30/07 | Cara S Malcolm | .10 | Pull trial transcripts in preparation for upcoming oral argument before the court. |
| 10/30/07 | Wendy N Epstein | 1.50 | Answer various research questions to prepare for oral argument. |
| 10/30/07 | Helen E Witt, P.C. | 7.80 | Prepare for oral argument. |
| 10/31/07 | Wendy N Epstein | 2.50 | Prepare for and attend QT oral argument. |
| 10/31/07 | Helen E Witt, P.C. | 2.20 | Attend and argue in Seventh Circuit. |
| 10/31/07 | Helen E Witt, P.C. | 1.30 | Prepare for appellate argument. |

    132.10    TOTAL HOURS

December 7, 2007

QT, Inc.
500 West Algonquin
Mt. Prospect, IL  60056

ATTN:  Timothy Brzeczek

**KIRKLAND & ELLIS LLP**
AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601
FEIN 36-1326630

Inv.# 3207994

---

IN THE MATTER OF    Fee Application Filing
       File No:     15085-00002


For legal services rendered through October 31, 2007                         $ 11,816.50
(see attached Description of Legal Services for detail)


For disbursements incurred through October 31, 2007                          $ 1,491.71
(see attached Description of Expenses for detail)


Total for legal services rendered and expenses incurred                      $ 13,308.21

QT, Inc.
 2 Fee Application Filing

Legal Services for the Period Ending October 31, 2007

### Individual Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|---|---:|---:|---:|
| Wendy N Epstein | 2.90 | 395.00 | 1,145.50 |
| Wendy N Epstein | 3.40 | 435.00 | 1,479.00 |
| Chad J Husnick | 9.00 | 415.00 | 3,735.00 |
| Chad J Husnick | 5.30 | 465.00 | 2,464.50 |
| Helen E Witt, P.C. | .10 | 705.00 | 70.50 |
| Jesse Aguilar | .50 | 220.00 | 110.00 |
| David Andrews | 2.70 | 190.00 | 513.00 |
| David Helstowski | 1.60 | 145.00 | 232.00 |
| Maureen McCarthy | 2.90 | 190.00 | 551.00 |
| Maureen McCarthy | 6.20 | 220.00 | 1,364.00 |
| Scott F Walker | .80 | 190.00 | 152.00 |
| | 35.40 | | $ 11,816.50 |

QT, Inc.
2 Fee Application Filing

Legal Services for the Period Ending October 31, 2007

### Description of Legal Services

| Date | Name | Hours | Description |
|---|---|---|---|
| 6/04/07 | Chad J Husnick | 1.20 | Draft, review and revise first interim fee application. |
| 6/05/07 | Chad J Husnick | 3.50 | Draft, review and revise first interim fee application (2.9); coordinate filing re same (.6). |
| 6/21/07 | Wendy N Epstein | .20 | Telephone conference with A. Olejnik re trustee's review of Kirkland & Ellis fees. |
| 6/24/07 | Maureen McCarthy | .40 | Review and verify docket re objections filed re first interim fee applications (.1); review and revise hearing binders and orders re June 26 hearing (.3). |
| 6/25/07 | Scott F Walker | .80 | Assist in the preparation of pleadings, file same with Court. |
| 6/25/07 | Wendy N Epstein | 1.00 | Review fee petition in preparation for hearing (.2); review FTC objections to fee petition and prepare response (.8). |
| 6/25/07 | Chad J Husnick | .90 | Correspond with W. Epstein re fee application hearing (.3); review FTC objection re same (.6). |
| 6/25/07 | Helen E Witt, P.C. | .10 | Review FTC's objection to fee petition. |
| 6/26/07 | Wendy N Epstein | 1.50 | Appear for hearing on Kirkland & Ellis' fee petition. |
| 6/26/07 | Chad J Husnick | 1.50 | Prepare for and attend fee application hearing. |
| 6/27/07 | Chad J Husnick | .80 | Research re interim fee application issues. |
| 6/28/07 | Chad J Husnick | 1.10 | Review and revise invoices for amended first interim fee application. |
| 6/28/07 | David Andrews | .50 | Assist in preparing service of pleadings. |
| 6/28/07 | Maureen McCarthy | 1.50 | Draft, review and revise Q-Ray amended first interim fee application (1.3); office conference with C. Husnick re same (.2). |

Page    3

QT, Inc.
2 Fee Application Filing

Legal Services for the Period Ending October 31, 2007

| Date | Name | Hours | Description |
| --- | --- | --- | --- |
| 6/29/07 | Wendy N Epstein | .20 | Review revised invoices. |
| 6/29/07 | Maureen McCarthy | 1.00 | Draft, review and revise QT Inc. and Que T. Park amended first interim fee applications (.8); draft orders re same (.2). |
| 7/02/07 | Wendy N Epstein | .60 | Review and file supplemental fee petition. |
| 7/02/07 | Chad J Husnick | 4.00 | Draft, revise and coordinate filing re revised first interim fee application. |
| 7/02/07 | Maureen McCarthy | 6.20 | Draft, review and revise amended fee applications for Que T. Park, Q-Ray and QT Inc. (1.3); prepare, review and revise summary re same (1.2); prepare exhibits re same (1.3); prepare same for filing (1.4). |
| 7/03/07 | Wendy N Epstein | 1.00 | Review Taxman case per Judge Wedoff and research re other case law on benefit to the estate. |
| 7/03/07 | David Andrews | .30 | Assist in preparing and serving of pleadings. |
| 7/05/07 | David Helstowski | 1.60 | Review filed fee applications (.4); prepare, organize and assemble materials for 7/17 hearing (1.2). |
| 7/16/07 | Wendy N Epstein | .20 | Telephone conference with C. Steege re fee application and fees for potential reply brief. |
| 7/17/07 | Wendy N Epstein | .20 | Revise draft order to reflect 20% hold-back with C. Husnick. |
| 7/17/07 | Wendy N Epstein | 1.00 | Attend court hearing re fee application. |
| 7/25/07 | Wendy N Epstein | .10 | Telephone conference with court deputy and follow-up re status of fee application and whether further appearance will be necessary. |
| 8/01/07 | Wendy N Epstein | .10 | Review fee application orders entered by court. |
| 8/30/07 | Wendy N Epstein | .20 | Submit amended disclosure affidavit. |
| 8/30/07 | Jesse Aguilar | .50 | Assist in the filing of documents with Court. |

QT, Inc.
  2 Fee Application Filing

Legal Services for the Period Ending October 31, 2007

| Date | Name | Hours | Description |
|---|---|---|---|
| 8/30/07 | David Andrews | 1.90 | Assist in preparing, filing and serving of pleadings. |
| 10/22/07 | Chad J Husnick | .80 | Review invoices (.7); correspond with W. Epstein, S. Mag re same (.1). |
| 10/23/07 | Chad J Husnick | .50 | Correspond with R. Schrock, J. Mazza, W. Epstein re QT fee application. |
| | | 35.40 | TOTAL HOURS |