UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| AQP Liquidating, Inc. | § | Case No. 07-03227 ERW |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that CATHERINE STEEGE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    Clerk of the U. S. Bankruptcy Court
    219 South Dearborn
    Chicago, Illinois 60604

  Any person wishing to object to any fee application that has not already been approved or to the Final Report must appear at the hearing. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 03/01/11 in Courtroom 644, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/01/2011      By: CLERK OF THE U.S. BANKRUPTCY COURT

*CATHERINE STEEGE*
*353 N. Clark Street*
*CHICAGO, IL 60654-3456*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| AQP Liquidating, Inc. | § | Case No. 07-03227 ERW |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 5,812,931.66 |
| and approved disbursements of | $ | 4,301,611.36 |
| leaving a balance on hand of[1] | $ | 1,511,320.30 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: CATHERINE STEEGE | $ 197,631.33 | $ 141,341.09 | $ 56,290.24 |
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ 90,303.00 | $ 0.00 | $ 90,303.00 |
| Attorney for Trustee Expenses: JENNER & BLOCK LLP | $ 2,557.73 | $ 0.00 | $ 2,557.73 |
| Accountant for Trustee Fees: Alan D. Lasko | $ 6,495.60 | $ 0.00 | $ 6,495.60 |
| Accountant for Trustee Expenses: Alan D. Lasko | $ 64.80 | $ 0.00 | $ 64.80 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 155,711.37 |
| Remaining Balance | $ 1,355,608.93 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 34,415.38 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005-2 | Illinois Department of Revenue | $ 280.00 | $ 0.00 | $ 280.00 |
| 000016 | Sung Yong | $ 2,188.75 | $ 0.00 | $ 2,188.75 |
| 000017 | Timothy Brzeczek | $ 3,042.55 | $ 0.00 | $ 3,042.55 |
| 000018 | Kim Hong Yoon | $ 710.21 | $ 0.00 | $ 710.21 |
| 000019 | Kim Hong Yoon | $ 3,653.85 | $ 0.00 | $ 3,653.85 |
| 000020 | Roger Feigenbaum | $ 278.54 | $ 0.00 | $ 278.54 |
| 000023 | Lloyd S. Stein | $ 637.06 | $ 0.00 | $ 637.06 |
| 000024 | Seung Lee | $ 4,247.38 | $ 0.00 | $ 4,247.38 |
| 000025 | Seung Lee | $ 957.60 | $ 0.00 | $ 957.60 |
| 000027 | Sung Yong | $ 6,522.48 | $ 0.00 | $ 6,522.48 |
| 000028 | Khoa Nguyen | $ 840.57 | $ 0.00 | $ 840.57 |
| 000029 | Rosa M. Gomez | $ 456.38 | $ 0.00 | $ 456.38 |
| 000031 | Rafael Villalbos | $ 421.32 | $ 0.00 | $ 421.32 |
| 000040 | Eun J Park | $ 142.80 | $ 0.00 | $ 142.80 |
| 000045 | Julie Noh | $ 1,118.38 | $ 0.00 | $ 1,118.38 |
| 000047 | Julie Noh | $ 2,132.72 | $ 0.00 | $ 2,132.72 |
| 000048 | Yun K. Kim | $ 936.31 | $ 0.00 | $ 936.31 |
| 000050 | Yun K. Kim | $ 472.73 | $ 0.00 | $ 472.73 |
| 000051 | Crystal Arceneaux | $ 1,001.79 | $ 0.00 | $ 1,001.79 |
| 000053 | Angela Smith | $ 488.49 | $ 0.00 | $ 488.49 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000057 | Jong Sook Lee | $ 166.39 | $ 0.00 | $ 166.39 |
| 000058 | Jong Sook Lee | $ 216.00 | $ 0.00 | $ 216.00 |
| 000060B | Illinois Department of Revenue | $ 8.23 | $ 0.00 | $ 8.23 |
| AUTO | INTERNAL REVENUE SERVICE | $ 1,448.40 | $ 0.00 | $ 1,448.40 |
| AUTO | FEDERAL UNEMPLOYMENT INSURANCE | $ 186.89 | $ 0.00 | $ 186.89 |
| AUTO | INTERNAL REVENUE SERVICE | $ 338.75 | $ 0.00 | $ 338.75 |
| AUTO | STATE UNEMPLOYMENT INSURANCE | $ 1,682.01 | $ 0.00 | $ 1,682.01 |

Total to be paid to priority creditors  $ 34,576.58

Remaining Balance  $ 1,321,032.35

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,198,097.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Thomson West | $ 586.12 | $ 0.00 | $ 33.37 |
| 000006 | Stephen Fossler Company, Inc. | $ 931.17 | $ 0.00 | $ 53.02 |
| 000007 | ComEd Company | $ 910.27 | $ 0.00 | $ 51.83 |
| 000009 | Warehouse Direct | $ 214.28 | $ 0.00 | $ 12.20 |
| 000011 | United Parcel Service | $ 512.44 | $ 0.00 | $ 29.18 |
| 000012 | Brinks Hofer Gifson & Lione | $ 912.62 | $ 0.00 | $ 51.97 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | Equipment Depot Of Illinois | $ 984.35 | $ 0.00 | $ 56.05 |
| 000014 | Federal Trade Commission | $ 23,183,042.05 | $ 0.00 | $ 1,320,063.03 |
| 000059 | Positive Packaging, Inc. | $ 8,514.50 | $ 0.00 | $ 484.82 |
| 000060A | Illinois Department of Revenue | $ 118.80 | $ 0.00 | $ 118.80 |
| 000063 | Pitney Bowes Inc | $ 1,371.11 | $ 0.00 | $ 78.08 |

Total to be paid to timely general unsecured creditors     $     1,321,032.35

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/CATHERINE STEEGE, TRUSTEE

*CATHERINE STEEGE*
*353 N. Clark Street*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: ahamilton              Page 1 of 2                   Date Rcvd: Feb 03, 2011
Case: 07-03227                Form ID: pdf006              Total Noticed: 75
```

The following entities were noticed by first class mail on Feb 05, 2011.
```
db         +AQP Liquidating, Inc,    500 West Algonquin Road,    Mount Prospect, IL 60056-6210
aty         Chad J Husnick,    Kirkland & Ellis LLP,    300 North LaSalle Street,    Chicago, Il  60654
aty        +Douglas C. Giese,    Howard & Howard Attorneys, PLLC,    200 S. Michigan Avenue,
             Chicago, IL 60604-2402
aty        +Jenner & Block,    Jenner & Block,    330 North Wabash Ave,    Chicago, IL 60611-3586
tr         +Catherine L. Steege, ESQ,    Jenner & Block,    353 N. Clark Street,    Chicago, IL 60654-5474
11261850   +ADP Inc,    POB 78415,    Phoenix, AZ 85062-8415
11261851    ARC Disposal Company,    POB 9001822,    Louisville, KY 40290-1822
11261852    AT&T,    POB 8100,    Aurora, IL 60507-8100
11908803   +Angela Smith,    122 Delaware Dr,    Bolingbrook, IL 60440-2367
11203812  +++Bio-Ray, S.A.,    c/o George J. Koulogeorge,    8501 W. Higgins Rd. Ste 420,
             Chicago, IL 60631-2811
11203813    Brinks Hofer Gifson & Lione,    455 N Cityfront Plaza Dr Ste 3600,    Chicago, IL 60611-5599
11203815   +Clarus Transphase Scientific,    C/O Joe R. Marconi Johnson & Bell,    33 W Monroe St, Ste 2700,
             Chicago, IL 60603-5404
11203814   +Clarus Transphase Scientific,    C/O Phillip Samouris Higgs, Fletche,    401 W 'A' St, Ste 2600,
             San Diego, CA 92101-7913
11203816    Construct Data,    Ortsstrasse 54,    VOSENDORF,    GERMANY A-2331
11908610   +Crystal Arceneaux,    3531 Park Place,    Flossmoor, IL 60422-2061
11908651   +Crystal Arceneaux (Holloway,    3531 Park Place,    Flossmoor, IL 60422-2061
13540676   +David Clarke c/o T.A. Zimmerman, Jr.,    Zimmerman & Associates, P.C.,
             100 W. Monroe St., Suite 1300,    Chicago, IL 60603-1909
11203817   +Donald Casey C/O Lawrence W. Schad,    Beeler, Schad & Diamond, P.C.,
             332 S Michigan Ave, Ste 100,    Chicago, IL 60604-4209
11203818   +Donald Casey C/O Marvin A Miller,    Miller & Faucher & Cafferty, LLP,    30 N LaSalle St, Ste 3200,
             Chicago, IL 60602-3349
11203819   +Donald Casey C/O T A Zimmerman, Jr.,    Zimmerman & Associates, P.C.,    100 W Monroe St, Ste 1300,
             Chicago, IL 60603-1909
11256216   +Dr Que T. Park,    c/o Lester A. Ottenheimer III,    Ottenheimer Teplinsky Rosenbloom, LLC,
             750 Lake Cook Rd. Ste 140,    Buffalo Grove, IL 60089-2071
11203820   +Dydacomp Development,    11-D Commerce Way,    Totowa, NJ 07512-3109
11552347   +Equipment Depot Of Illinois,    Formerly Material Handling SVS,    2545 Northwest Parkway,
             Elgin, IL 60124-7870
11893484   +Eun J Park,    9655 Woods Drive #301,    Skokie, IL 60077-4419
11203821  +++Federal Trade Commission,    Attn Michael Mora,    600 Pennsylvania Ave,
             Washington, DC 20580-0002
11203822   +HQC Incorporated,    230 Kendall Point Dr,    Oswego, IL 60543-8150
12532216  ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
             PHILADELPHIA PA 19101-7346
             (address filed with court: Department of the Treasury,     Internal Revenue Service,
             Centralized Insolvency Operations,     PO Box 21126,    Philadelphia PA 19114)
11203824  ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
             PHILADELPHIA PA 19101-7346
             (address filed with court: Internal Revenue Service,     POB 145585 Stop B420G,
             Cincinnati, OH 45250-5585)
11261848  ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
             PHILADELPHIA PA 19101-7346
             (address filed with court: Internal Revenue Service,     POB 145585 Stop B420G,
             Cinncinnati, OH 45250-5585)
11203825    ION RAY,    10 Brodie Dr,    Richmond Hill ONTARIO,    CANADA #L4B 3KB
11252338    Illinois Department of Revenue,    Bankruptcy Administration Unit,
             100 West Randolph Street Level 7-410,    Chicago IL 60601-3274,    Attn: Toni Mays
11252340    Illinois Department of Revenue,    Bankruptcy Administration Unit,    Attention Toni Mays,
             100 West Randolph Street Level 7-410,    Chicago IL 60601-3274
11203823    Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
11261844   +JJ Park,    500 W. Algonquin Rd,    Mount Prospect, Il 60056-6210
11261843   +James Park,    716 First Ave,    Des Plaines, IL 60016-3446
11952816   +Jong Sook Lee,    454 E Fawn Ln,    Palatine, IL 60074-2361
11895739   +Julie Noh,    2689 S. Embers LN,    Arlington HTS, IL 60005-4672
11203826    Keukdong Ltd,    SEOUL,    KOREA
11893326   +Khoa Nguyen,    972 Sheridan Cir,    Naperville, IL 60563-4213
11846869   +Kim Hong Yoon,    1949 Blackberry Lane,    Hoffman Estates, IL 60169-2164
11203827    Kim's Electrical Service,    638 Puckthorm Terrace,    Buffalo Grove, IL 60089
11893492   +Lennis Gilliam,    4N111 Kenwood Ave,    West Chicago, IL 60185-6144
11856187   +Lloyd S. Stein,    75 Eastwood Dr.,    Deerfield, IL 60015-5007
13540672   +Louis Kantor c/o T.A. Zimmerman, Jr.,    Zimmerman & Associates, P.C.,
             100 W. Monroe St., Suite 1300,    Chicago, IL 60603-1909
11203828   +Mira Arezina C/O Shelly B. Kulwin,    Kulwin & Associates, LLC,    161 N Clark St, Ste 2500,
             Chicago, IL 60601-3278
13540668   +Norma Wagener c/o T.A. Zimmerman, Jr.,    Zimmerman & Associates, P.C.,
             100 W. Monroe St., Suite 1300,    Chicago, IL 60603-1909
11243783   +Paymentech, LP,    4 Northeastern Blvd,    Salem, NH 03079-1991,    Attn: Klye Salvati
11203830   +Peters & Associates,    1801 S Meyers Rd,    Ste 120,    Oakbrook Terrace, IL 60181-5264
11203831   +Positive Packaging, Inc.,    Attn Todd Beidler,    1100 Hicks Rd,    Rolling Meadows, IL 60008-1016
11203832   +Precisioneconowind,    8940 N Fork Dr,    North Fort Myers, FL 33903-1421
11203833   +Professional Plating Inc.,    Attn Craig Ingalls,    2625 9th Ave,    Anoka, MN 55303-1829
13541610  +++Q&T, LLC.,    Susan N. K. Gummow, Esq,    Clausen Miller,    10 S. LaSalle St.,
             Chicago, Il 60603-1098
11203834  +++QT Inc,    500 W Algonquin Rd,    Mount Prospect, IL 60056-6210
11893376   +Rafael Villalbos,    2518 S. 60th CT.,    Cicero, IL 60804-3019
11203837   +Riebandt & DeWald, P.C.,    POB 1880,    1237 S Arlington Heights Rd,
             Arlington Heights, IL 60005-3142
11848256   +Roger Feigenbaum,    215 E Maple,    Villa Park, IL 60181-2222
```

```
District/off: 0752-1          User: ahamilton              Page 2 of 2                  Date Rcvd: Feb 03, 2011
Case: 07-03227                Form ID: pdf006              Total Noticed: 75

11893351     +++Rosa M. Gomez,    378 Glenwood Drive Apt 304,    Bloomingdale, IL 60108-3269
11203840        STAIB Germany,    Hermann Staib GmbH Grimmigweg 27,    Pforzheim,    GERMANY #D-75179
11203838      +Schiele Graphics,    3492 Paysphere Circle,    Chicago, IL 60674-0001
11856190      +Seung Lee,    114 New Castle Ct,    Rolling Meadows, IL 60008-2244
11203839       Shanghai Songhai Industrial Trading,    2299 Yanan Rd W Shanghai Mart 8A19,    SHANGHAI,
                 CHINA #200336
11203841       State of Illinois,    POB 19035,    Springfield, IL 62794-9035
11203842      +Stephen Fossler Company, Inc.,    439 S. Dartmoor Dr,    Crystal Lake, IL 60014-8724
11261845    +++Sung Yong,    1115 N. Sycamore Ln,    Mount Prospect, IL 60056-1569
11203843      +Tanury Industries,    6 New England Way,    Lincoln, RI 02865-4286
11240790      +Thomson West,    610 Opperman Drive, D6-11-3807,    Eagan, MN 55123-1340
11261846      +Timothy Brzeczek,    207 S. Edgewood Ave,    La Grange, IL 60525-2151
11203844       Ungaretti & Harris,    3500 Three First National Plaza,    Chicago, IL 60602-4283
13540647       Ungaretti & Harris LLP,    c/o R. Scott Alsterda,    3500 Three First National Plaza,
                 Chicago, IL 60602,    312/977-9203
11429354      +United Parcel Service,    C/O RMS Bankruptcy Recovery Services,    P O Box 4396,
                 Timonium, Maryland 21094-4396
11203846      +Welsh & Katz, Ltd,    120 S. Riverside Plaza,    22nd Fl,    Chicago, IL 60606-3912
11203847       West Payment Center,    POB 6292,    Carol Stream, IL 60197-6292
11903283      +Yun K. Kim,    454 E. Fawn Ln,    Palatine, IL 60074-2361

The following entities were noticed by electronic transmission on Feb 03, 2011.
11261855      +E-mail/Text: legalcollections@comed.com                           ComEd Company,
                 2100 Swift Drive,    Oak Brook, IL 60523-1559
12889742      +E-mail/Text: bankruptcy@pb.com                            Pitney Bowes Inc,    27 Waterview Drive,
                 Shelton, CT 06484-4361
                                                                                                TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11369630       BIO-RAY,SA,    Pedro Miguel Marques, 9-1 -B,    07181-Palmanova-Mallorca-Baleares-Espana
aty*          +Catherine L Steege, ESQ,    Jenner & Block LLP,    353 N. Clark Street,    Chicago, IL 60654-5474
11261853*      Brinks Hofer Gifson & Lione,    455 N Cityfront Plaza Dr Ste 3600,    Chicago, IL 60611-5599
11261854*     +Clarus Transphase Scientific,    c/o Phillip Samouris Higgs, Fletche,    401 W "A" St. Ste 2600,
                 San Diego, CA 92101-7913
11252548*      Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
11252572*      Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
11261847*      Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
11261849*      State of Illinois,    POB 19035,    Springfield, IL 62794-9035
11261842     ##+Charles Park,    1105 S. Hiddenbrook,    Palatine, IL 60067-9102
11893600     ##+Hong Yoon Kim,    1949 Blackberry Ln,    Hoffman Est, IL 60169-2164
11893510     ##+Jake Gruber,    203 Regency Dr #426,    Bloomingdale, IL 60108-2149
11203829     ##+North Town Mechanical Contractor,    1683 Elmhurst Rd,    Elk Grove Village, IL 60007-6413
11203835     ##+Que T. Park,    510 Alexander Ct,    Barrington, IL 60010-6411
11203836     ##+Que Te Park,    Q&T LLC,    510 Alexander Ct,    Barrington, IL 60010-6411
11203845      ##Virchow Krause & Co.,    225 N Michigan Ave,    Ste 1100,    Chicago, IL 60601-7683
                                                                                          TOTALS: 1, * 7, ## 7
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 05, 2011**                    **Signature:**    _Joseph Speetjens_