## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| AQP LIQUIDATING, INC., | ) | Case No. 07 B 03227 |
| | ) | |
| Debtor. | ) | Honorable Eugene R. Wedoff |

### ORDER GRANTING THIRD AND FINAL
### APPLICATION OF ALAN D. LASKO & ASSOCIATES, P.C.
### FOR ALLOWANCE OF COMPENSATION AND EXPENSES

Alan D. Lasko & Associates, P.C., as Accountant for the Estate of AQP Liquidating, Inc., having filed the Third and Final Interim Application of Alan D. Lasko & Associates, P.C. for Allowance of Compensation and Expenses for the time period from November 4, 2009 through November 18, 2010 (the "Application"), the Court having reviewed the Application; it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that this is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); it appearing that venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; adequate notice having been given; it appearing no other notice need be given; all persons with standing having been afforded the opportunity to be heard on the Application; and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED, on an interim basis.

2. For the period of November 4, 2009 through November 18, 2010, an administration allowance be made to Alan D. Lasko & Associates, P.C. in the sum of $6,690.50 for necessary professional services rendered and $64.80 for expenses incurred. All prior allowances of fees and expenses are hereby approved on a final basis.

3. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

4. Notwithstanding the possible applicability of Bankruptcy Rules 6006(d), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

ENTER:

_____
United States Bankruptcy Judge

**2 MAR 2011**