**FILED**

MAR - 2 2011

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                          )
                                                )
                                                )         Case No. 07 B 03227
        AQP LIQUIDATING, INC.                   )
                                                )
                                                )
                                                )         Chapter 7
        Debtor.                                 )
_____)

### FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO JENNER & BLOCK LLP, TRUSTEE'S COUNSEL, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $72,060.75 | TOTAL COSTS REQUESTED: | $2,557.73 |
| TOTAL FEES REDUCED: | $00.00 | TOTAL COSTS REDUCED: | $362.69 |
| TOTAL FEES ALLOWED: | $72,060.75 | TOTAL COSTS ALLOWED: | $2,195.04 |

### TOTAL FEES AND COSTS ALLOWED: $74,255.79

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(11)    Overhead Costs are Non-Compensable**
        The Court denies reimbursement for fees or expenses that are overhead costs. Expenses which are overhead are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)).

Dated: March 2, 2011

_____
Eugene R. Wedoff
United States Bankruptcy Judge

1

Page  4

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

## DISBURSEMENT SUMMARY

| | |
|---|---:|
| Certified Copy Fee | 8.00 |
| Court Reporter Charge | 61.00 |
| Filing Fee | 255.00 |
| In-City Transportation | 58.00 |
| Pacer Charges | 284.71 |
| Photocopy Expense | 1,295.89 |
| Postage Expense | 169.77 |
| Special Messenger Service | 6.50 |
| UPS | 30.27 |
| Westlaw Research     ④   - $362.69 | 362.69 |
| TOTAL DISBURSEMENTS | 2,557.73 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

1937965.1
1937965.2