UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| AQP Liquidating, Inc., | ) | Case No. 07 B 03227 |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable Judge Eugene R. Wedoff |
| | ) | |

**NOTICE OF WITHDRAWAL**

To:   See Attached Service List

     PLEASE TAKE NOTICE that the **CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND APPLICATION TO CLOSE AND DISCHARGE TRUSTEE** previously filed on July 23, 2014 **(Document #391)** is withdrawn.   It is withdrawn because the document is not data enabled.

     /s/ Patrick S. Layng
     Patrick S. Layng, U.S. Trustee
     Office of the U.S. Trustee
     219 South Dearborn, Room 873
     Chicago, Illinois   60604
     (312) 886-7481

**CERTIFICATE OF SERVICE**

     I, Patrick S. Layng, the U.S. Trustee, state that pursuant to Local Rule 9013-3(D) the above **Notice of Withdrawal** was filed on October 21, 2014, and served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via First Class Mail to the address(es) indicated on October 21, 2014.

     /s/Patrick S. Layng

# SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

Catherine L. Steege
csteege@jenner.com

Douglas C. Giese
dgiese@querrey.com

Chad J. Husnick
chusnick@kirkland.com

**Served via First Class Mail:**

**AQP Liquidating, Inc.**
**Fka QT, Inc.**
500 West Algonquin Road
Mount Prospect, IL   60056